ORIGINAL

1 | Leonard M. Shulman - Bar No. 126349
Mark Bradshaw - Bar No. 192540
2 | **SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
3 | Foothill Ranch, California 92610-2808
Telephone:    (949) 340-3400
4 | Facsimile:    (949) 340-3000

5 | Proposed General Counsel for the Debtors and Debtors in Possession
Advanced Materials, Inc., a California corporation and
6 | Advanced Materials Group, Inc., a Nevada corporation

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10

| | |
|---|---|
| In re | Case No. 8:09-bk-16548 TA |
| **ADVANCED MATERIALS, INC., a California corporation,** | Chapter 11 |
| Debtor. | Jointly Administered with Case No. 8:09-bk-16529 TA |
| In re | EXHIBIT 1 TO THE ORDER: |
| **ADVANCED MATERIALS GROUP, INC., a Nevada corporation,** | **(1) APPROVING SALE OF SUBSTANTIALLY ALL ASSETS OF ADVANCED MATERIALS, INC., PURSUANT TO BANKRUPTCY CODE SECTION 363(b)(1) AND (f);** |
| Debtor. | **(2) APPROVING BIDDING PROCEDURES UTILIZED BY THE DEBTORS;** |
| | **(3) APPROVING ASSET PURCHASE AGREEMENT;** |
| | **(4) APPROVING STIPULATED BANKRUPTCY CODE SECTION 506(c) SURCHARGE;AND** |
| | **(5) GRANTING OTHER RELATED RELIEF** |
| | Date:    September 2, 2009<br>Time:    10:00 A.M.<br>Place:    Courtroom 5B<br>    U.S. Bankruptcy Court<br>    411 West Fourth Street<br>    Santa Ana, CA 92701 |

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

1

4052-000/62

G:\Wp\Cases\A-B\Advanced Materials\Pld\Sale Order-Foam Manufacturing Assets-Exhibit 1 Cover.doc

# EXHIBIT 1

# TO SALE ORDER

## ASSET PURCHASE AND SALE AGREEMENT

This **ASSET PURCHASE AND SALE AGREEMENT** ("Agreement") dated August 24, 2009, is made between UFP TECHNOLOGIES, INC., a Delaware corporation ("Buyer") on the one hand, and ADVANCED MATERIALS, INC., a California corporation ("AMI") and ADVANCED MATERIALS GROUP, INC., a Nevada corporation ("AMG") on the other hand.  AMI and AMG are referred to collectively herein as "Sellers". Buyer and Sellers, individually a "Party" and collectively, the "Parties."

## R E C I T A L S

A.      On July 2, 2009, AMI and AMG each commenced a chapter 11 bankruptcy case by filing a voluntary petition with the United States Bankruptcy Court ("Bankruptcy Court") for the Central District of California.  The Sellers are continuing in possession of their property, and operating and managing their business, as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

B.      AMI is owned 100% by AMG.  AMG's primary asset is its ownership of AMI.  AMI is the operating entity which develops, manufactures and markets a wide variety of products from a raw material base of flexible components. AMI's customers are in the medical disposables, technology, aerospace, automotive and consumer markets.

C.      Subject to the terms and conditions set forth in this Agreement, Buyer desires to purchase and acquire from Sellers certain assets of Sellers relating to its business and to assume the Assumed Liabilities.

In consideration of the premises and the mutual promises herein made, the parties hereby agree as follows:

1.      **Purchase and Sale of Assets.**  On the Closing Date, as hereinafter defined, in consideration of the covenants, representations and obligations of Buyer hereunder, and subject to the conditions hereinafter set forth, Sellers shall sell, assign, transfer, convey and deliver to Buyer, and Buyer shall purchase from Sellers the following assets (collectively, the "Purchased Assets"):

1.1      Inventory.  All of Seller's right, title and interest in and to inventory listed on Schedule 1.1 attached hereto and incorporated herein by this reference (the "Inventory");

1.2      Other Personal Property.  All of those items of equipment, machinery, tools, furniture and other personal property listed on Schedule 1.2 attached hereto and incorporated herein by this reference (collectively, the "Personal Property");

1.3      Equipment Leases.  All of Sellers' right, title and interest in and to those certain equipment leases listed on Schedule 1.3 attached hereto and incorporated herein by this reference (collectively, the "Equipment Leases");

1

# EXHIBIT 1,  Page 1

1.4    <u>Real Property Lease</u>.  Subject to Landlord's consent and/or Court order, all of Sellers' right, title and interest in and to the tenant's interest under that certain Lease dated August 2, 1994, as amended, by and between Susana Property Co., a California general partnership ("Landlord") and Advanced Materials Group, Inc., a California corporation, and Wilshire Advances Materials, Inc., a California corporation, predecessor of AMI (collectively, the "Tenant"), as original tenant with respect to the premises commonly known as 20211 Susana Road, Compton California (the "Premises"), a true and correct copy of which together with all amendments, addendums and modifications thereto is attached hereto as <u>Schedule 1.4</u> (hereinafter the "Real Property Lease") and hereby approved by Buyer by virtue of Buyer's execution and delivery of this Agreement;

1.5    <u>Receivables</u>. All of Sellers' rights, title and interest in and to those amounts due from the Sellers' customers, vendors, and other parties related to the sale of their products that are listed on <u>Schedule 1.5</u> attached hereto (collectively, the "Receivables"), subject to updated changes as of the Closing Date; and

1.6    <u>Intellectual Property</u>.    All of Sellers' right, title and interest in and to those certain patents, trademarks, copyrights, and other intellectual property listed on <u>Schedule 1.6</u> attached hereto and incorporated herein by this reference (collectively, the "Intellectual Property").

**2.**    **<u>Excluded Assets</u>.**    Notwithstanding anything to the contrary in this Agreement, the Purchased Assets shall be limited to the items specifically identified or described in Section 1 above and shall in any event exclude all of the following (collectively, the "Excluded Assets"): (i) all cash or cash equivalents; (ii) Sellers' rights under this Agreement and all cash and non-cash consideration payable or deliverable to the Sellers pursuant to the terms and provisions hereof; (iii) any and all claims and causes of action against the accounting firm of Fei-Fei Catherine Fang, CPA; (iv) insurance proceeds, claims and causes of action in connection with the alleged criminal actions of William G. Mortensen and any other former employees of Sellers; (v) any and all proceeds resulting from the liquidation of the inventory from Jennifer Higgins/Easy Industries, LLC; (vi) any item of tangible or intangible property not acquired by Buyer at the Closing; and (vii) tax records, minute books, stock transfer books and corporate seals of Sellers.

**3.**    **<u>Consideration; Purchase Price</u>.**

3.1    <u>Purchase Price</u>. The purchase price ("Purchase Price") to be paid by Buyer to Sellers at Closing (as defined herein) for the Purchased Assets shall be an amount equal to $610,000.  The Purchase Price is inclusive of any cure amounts required of Sellers to pay with respect to the Real Property Lease and Equipment Leases.

3.2    <u>Payment of Purchase Price</u>.  At Closing, Buyer shall pay to Sellers the Purchase Price in immediately available funds.

2

# EXHIBIT 1,  Page 2

3.3     Assumed Liabilities. Buyer shall, effective as of the Closing Date, assume all liabilities and obligations arising under and in connection with the Real Property Lease and Equipment Leases (other than cure payments) from and after the Closing Date. Except for the foregoing, Buyer shall not assume any liabilities of Sellers.

3.4     Release of Security Interests. Sellers' shall obtain a Sale Order (as defined herein) which provides for the sale and transfer of the Purchased Assets free and clear of all liens, claims, interests and encumbrances.

**4.     Bankruptcy Court Approval.**

4.1     Bankruptcy Court Approval. Sellers agree to proceed in good faith to obtain Bankruptcy Court approval of the sale contemplated herein.

4.2     Sale Order. This Agreement shall become final upon the entry of a final order (the "Sale Order") of the Bankruptcy Court authorizing the Sellers to enter into this Agreement and approving the terms set forth herein. Upon entry of the Bankruptcy Court Sale Order approving this Agreement, Closing for the purchase of the Purchased Assets pursuant to the terms of this Agreement shall proceed without any undue delay.

**5.     Closing.**

5.1     Closing; Closing Date. Subject to the terms and conditions hereof, the closing of the transactions contemplated by this Agreement (the "Closing") shall take place at a place as the parties mutually agree upon, on the date which is no later than August 31, 2009 ("Closing Date").

5.2     Sellers' Deliveries to Buyer at Closing. On the Closing Date, Sellers shall make the following delivery to Buyer: A bill of sale, duly executed by Sellers in the form and on the terms of the bill of sale attached hereto as Exhibit "A," pursuant to which Sellers assign and transfer the Purchased Assets to Buyer (the "Bill of Sale").

5.3     Sales, Use and Other Taxes. Any sales, purchases, transfer, stamp, documentary stamp, use or similar taxes under the laws of the states in which any portion of the Purchased Assets is located, or any subdivision of any such state, which may be payable by reason of the sale of the Purchased Assets under this Agreement or the transactions contemplated herein shall be borne and timely paid by Buyer.

5.4     Prorations. All prorations shall be made as of Closing Date.

**EXHIBIT 1,  Page 3**

5.5    <u>Possession</u>.  Sellers shall transfer and deliver to Buyer on the Closing Date such keys, locks and safe combinations and other similar items as Buyer may reasonably require to obtaining occupation and control of the Purchased Assets and the Premises.

**6.    <u>Conditions Precedent to Closing</u>.**

6.1    <u>Conditions to Sellers' Obligations</u>.  Sellers' obligation to make the deliveries required of Sellers at the Closing Date and otherwise consummate the transaction contemplated herein shall be subject to the satisfaction or waiver by Sellers of each of the following conditions:

(a)    All of the representations and warranties of Buyer contained herein shall continue to be true and correct at the Closing in all material respects;

(b)    Buyer shall have performed in all material respects all of its obligations hereunder required to be performed by it at or prior to the Closing Date; and

(c)    The Bankruptcy Court shall have approved the sale of the Purchased Assets to Buyer and the terms of this Agreement, and shall have entered a Sale Order.

6.2    <u>Conditions to Buyer's Obligations</u>.  Buyer's obligation to make the deliveries required of Buyer at the Closing, and to otherwise close the transaction contemplated herein, shall be subject to the satisfaction or waiver by Buyer of each of the following conditions:

(a)    Sellers shall have delivered, or shall be prepared to deliver to Buyer at the Closing, the Bill of Sale;

(b)    Sellers shall have performed in all material respects all of its obligations hereunder required to be performed by it at or prior to the Closing Date;

(c)    The Bankruptcy Court shall have approved the sale of the Purchased Assets to Buyer and the terms of this Agreement, and shall have entered the Sale Order.

7.    **<u>Sellers' Representations and Warranties</u>.**  Sellers hereby make the following representations and warranties to Buyer:

7.1    <u>Organization, Standing and Power</u>.  Sellers have all requisite corporate power and authority to own, lease and operate their properties, to carry on their business as now being conducted and to execute, deliver and perform this Agreement and all writings relating hereto.

4

**EXHIBIT 1,  Page 4**

7.2    Authorization of Sellers.  The execution and delivery of this Agreement, the consummation of the transactions herein contemplated, and the performance of, fulfillment of and compliance with the terms and conditions hereof by Sellers do not and will not: (i) conflict with or result in a breach of the articles of incorporation or the by-laws of Sellers; (ii) violate any statute, law, rule or regulation, or any order, writ, injunction or decree of any court or governmental authority; or (ii) violate or conflict with or constitute a default under any agreement, instrument or writing of any nature to which Sellers are a party or by which Sellers or its assets or properties may be bound.

8.    **Buyer's Warranties and Representations**.  In addition to the representations and warranties contained elsewhere in this Agreement, Buyer hereby makes the following representations and warranties to Sellers:

8.1    Organization, Standing and Power.  Buyer represents and warrants that Buyer is an entity duly organized, validly existing and in good standing under the laws of its state of formation or incorporation.  Buyer has all requisite corporate power and authority to own, lease and operate its properties, to carryon its business as now being conducted and to execute, deliver and perform this Agreement and all writings relating hereto.

8.2    Authorization of Buyer.  The execution, delivery and performance of this Agreement and all writings relating hereto by Buyer have been duly and validly authorized.  The execution and delivery of this Agreement, the consummation of the transactions herein contemplated, and the performance of, fulfillment of and compliance with the terms and conditions hereof by Buyer do not and will not: (i) (if applicable) conflict with or result in a breach of the articles of incorporation/formation or by-laws/operating agreement of Buyer; (ii) violate any statute, law, rule or regulation, or any order, writ, injunction or decree of any court or governmental authority; or (iii) violate or conflict with or constitute a default under any agreement, instrument or writing of any nature to which Buyer is a party or by which Buyer or its assets or properties may be bound.

9.    **"AS IS" Transaction**.  Except as expressly stated herein, Sellers disclaim the making of any representations or warranties, express or implied, regarding the Purchased Assets or matters affecting the Purchased Assets.  Without in any way limiting the foregoing, Sellers hereby disclaim any warranty (express or implied) of merchantability or fitness for any particular purpose as to any portion of the Purchased Assets.  Buyer moreover acknowledges (i) that Buyer has entered into this Agreement with the intention of making and relying upon its own investigation of the physical, economic and legal condition of the Purchased Assets, and (ii) that Buyer is not relying upon any statements, representations, or warranties other than those specifically set forth herein, made by Sellers.  Buyer further acknowledges that it has not received from Sellers any accounting, tax, legal or other advice with respect to this transaction and is relying solely upon the advice of its own accounting, tax, legal and other advisors.  Buyer will accept the

5

**EXHIBIT 1,  Page 5**

Purchased Assets at the Closing **"AS IS," "WHERE IS" and "WITH ALL FAULTS."**

Buyer, from and after the Closing, hereby waives, releases, remise, acquits and forever discharges Sellers and Sellers' directors, officers, shareholders, attorneys, employees, agents, representatives and assigns, of and from any and all actions, suits, legal or administrative orders or proceedings, demands, actual damages, punitive damages, loss, costs, liabilities and expenses, which concern or in any way relate to any aspect of the Purchased Assets, and from any other conditions, actions, damage, casualty or injuries, whether existing or occurring prior to, at or after the Closing. Except as expressly set forth in the representations and warranties of Sellers in this Agreement, it is the intention of the parties pursuant to this release that Buyer fully release and relinquish all such claims. Buyer expressly agrees to waive any and all rights which said party may have under Section 1542 of the California Civil Code which provides as follows:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

        Buyer Initials        Sellers Initials

The provisions of this Section will survive the Closing or any termination of this Agreement.

10. **Miscellaneous.**

10.1  Attorneys' Fees. In the event that either party hereto brings an action or other proceeding to enforce or interpret the terms and provisions of this Agreement, the prevailing party in that action or proceeding shall be entitled to have and recover from the non-prevailing party all such fees, costs and expenses (including, without limitation, all court costs and reasonable attorneys' fees) as the prevailing party may suffer or incur in the pursuit or defense of such action or proceeding.

10.2  Notices. Unless otherwise provided herein, any notice, tender, or delivery to be given hereunder by any Party to the other may be effected by personal delivery in writing, or by registered or certified mail, postage prepaid, return receipt requested, and shall be deemed communicated as of the date of mailing. Mailed notices shall be addressed as set forth below, but each Party may change his address by written notice in accordance with this Section 12.2.

6

**EXHIBIT 1,  Page 6**

Purchased Assets at the Closing **"AS IS," "WHERE IS"** and **"WITH ALL FAULTS."**

Buyer, from and after the Closing, hereby waives, releases, remise, acquits and forever discharges Sellers and Sellers' directors, officers, shareholders, attorneys, employees, agents, representatives and assigns, of and from any and all actions, suits, legal or administrative orders or proceedings, demands, actual damages, punitive damages, loss, costs, liabilities and expenses, which concern or in any way relate to any aspect of the Purchased Assets, and from any other conditions, actions, damage, casualty or injuries, whether existing or occurring prior to, at or after the Closing. Except as expressly set forth in the representations and warranties of Sellers in this Agreement, it is the intention of the parties pursuant to this release that Buyer fully release and relinquish all such claims. Buyer expressly agrees to waive any and all rights which said party may have under Section 1542 of the California Civil Code which provides as follows:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

Buyer Initials                Sellers Initials

The provisions of this Section will survive the Closing or any termination of this Agreement.

10.     **Miscellaneous.**

10.1    Attorneys' Fees.  In the event that either party hereto brings an action or other proceeding to enforce or interpret the terms and provisions of this Agreement, the prevailing party in that action or proceeding shall be entitled to have and recover from the non-prevailing party all such fees, costs and expenses (including, without limitation, all court costs and reasonable attorneys' fees) as the prevailing party may suffer or incur in the pursuit or defense of such action or proceeding.

10.2    Notices.  Unless otherwise provided herein, any notice, tender, or delivery to be given hereunder by any Party to the other may be effected by personal delivery in writing, or by registered or certified mail, postage prepaid, return receipt requested, and shall be deemed communicated as of the date of mailing. Mailed notices shall be addressed as set forth below, but each Party may change his address by written notice in accordance with this Section 12.2.

6

**EXHIBIT 1,  Page 7**

Purchased Assets at the Closing **"AS IS," "WHERE IS"** and **"WITH ALL FAULTS."**

Buyer, from and after the Closing, hereby waives, releases, remise, acquits and forever discharges Sellers and Sellers' directors, officers, shareholders, attorneys, employees, agents, representatives and assigns, of and from any and all actions, suits, legal or administrative orders or proceedings, demands, actual damages, punitive damages, loss, costs, liabilities and expenses, which concern or in any way relate to any aspect of the Purchased Assets, and from any other conditions, actions, damage, casualty or injuries, whether existing or occurring prior to, at or after the Closing. Except as expressly set forth in the representations and warranties of Sellers in this Agreement, it is the intention of the parties pursuant to this release that Buyer fully release and relinquish all such claims. Buyer expressly agrees to waive any and all rights which said party may have under Section 1542 of the California Civil Code which provides as follows:

> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

| | |
|---|---|
| Buyer Initials | Sellers Initials |

The provisions of this Section will survive the Closing or any termination of this Agreement.

10.   **Miscellaneous.**

    10.1   <u>Attorneys' Fees</u>. In the event that either party hereto brings an action or other proceeding to enforce or interpret the terms and provisions of this Agreement, the prevailing party in that action or proceeding shall be entitled to have and recover from the non-prevailing party all such fees, costs and expenses (including, without limitation, all court costs and reasonable attorneys' fees) as the prevailing party may suffer or incur in the pursuit or defense of such action or proceeding.

    10.2   <u>Notices</u>. Unless otherwise provided herein, any notice, tender, or delivery to be given hereunder by any Party to the other may be effected by personal delivery in writing, or by registered or certified mail, postage prepaid, return receipt requested, and shall be deemed communicated as of the date of mailing. Mailed notices shall be addressed as set forth below, but each Party may change his address by written notice in accordance with this Section 12.2.

6

To Sellers:                 Advanced Materials Group, Inc.
                            Advanced Materials, Inc.
                            c/o Shulman Hodges & Bastian LLP
                            Attn: Mark Bradshaw, Esq.
                            26632 Towne Centre Drive, Suite 300
                            Foothill Ranch, CA 92610

To Buyer:                   [Intentionally left blank]

10.3    Entire Agreement. This Agreement (including all exhibits, schedules, addenda and other attachments hereto which shall be deemed a part of this Agreement) contains the entire understanding of the Parties hereto with respect to the transactions described and contemplated in this Agreement and supersedes and cancels all prior written and oral agreements in principle, letters of intent, understandings or other agreements among the Parties hereto with respect to such subject matter.

10.4    Modification.    This Agreement may be modified, amended or supplemented only by a written instrument duly executed by all the parties hereto.

10.5    Closing Date.  All actions to be taken on the Closing pursuant to this Agreement shall be deemed to have occurred simultaneously, and no act, document or transaction shall be deemed to have been taken, delivered or affected until all such actions, documents and transactions have been taken, delivered or effected.

10.6    Severability.  Should any term, provision or paragraph of this Agreement be determined to be illegal or void or of no force and effect, the balance of the Agreement shall survive.

10.7    Captions.  All captions and headings contained in this Agreement are for convenience of reference only and shall not be construed to limit or extend the terms or conditions of this Agreement.

10.8    Further Assurances.  Each Party hereto will execute, acknowledge and deliver any further assurance, documents and instruments reasonably requested by any other Party for the purpose of giving effect to the transactions contemplated herein or the intentions of the Parties with respect thereto; provided that nothing herein shall be deemed to require any Party to execute or deliver any such further assurance, document or instrument to the extent that the same could in any material way increase the burdens, obligations or liabilities otherwise imposed upon such Party by this Agreement.

10.9    Waiver.  No waiver of any of the provisions of this Agreement shall be deemed, or shall constitute, a waiver of other provisions, whether or not similar,

7

**EXHIBIT 1,  Page 9**

nor shall any waiver constitute a continuing waiver. No waiver shall be binding unless executed in writing by the Party making the waiver.

10.10 <u>No Brokerage Obligations</u>. Sellers and the Buyer each represent and warrant to the other that, such Party has incurred no liability to any finder, broker or agent with respect to the payment of any commission or finder's fee regarding the consummation of the transaction contemplated hereby. It is agreed that if any claims for commissions, fees or other compensation, including, without limitation, brokerage fees, finder's fees, or commissions are ever asserted against Buyer or the Sellers in connection with this transaction, all such claims shall be handled and paid by the party whose actions form the basis of such claim and such party shall indemnify, defend (with counsel reasonably satisfactory to the Party entitled to indemnification), protect, save and hold the other harmless from and against any and all such claims or demands asserted by any person, firm or corporation in connection with the transaction contemplated hereby.

10.11 <u>Payment of Fees and Expenses</u>. Except as provided in Section 12.1 above, each Party to this Agreement shall be responsible for, and shall pay, all of its own fees and expenses, including those of its counsel, incurred in the negotiation, preparation and consummation of this Agreement and the transaction described herein.

10.12 <u>Survival.</u>  The respective representations, warranties, covenants and agreements of Sellers and Buyer herein, or in any certificates or other documents delivered prior to or at the Closing, shall not be deemed waived or otherwise affected by the Closing.

10.13 <u>Assignments</u>. This Agreement shall not be assigned by any Party hereto without the prior written consent of the other party hereto; which consent the Parties may grant or withhold in their sole and absolute discretion.

10.14 <u>Binding Effect</u>. This Agreement shall bind and inure to the benefit of the respective heirs, personal representatives, successors, and assigns other parties hereto.

10.15 <u>Applicable Law</u>. This Agreement shall be governed by and construed in accordance with the laws of California, without regard to conflict of laws principles of such state.

10.16 <u>Good Faith</u>.  All parties hereto agree to do all acts and execute all documents required to carry out the terms of this Agreement and to act in good faith with respect to the terms and conditions contained herein before and after Closing.

10.17 <u>Construction</u>. In the interpretation and construction of this Agreement, the parties acknowledge that the terms hereof reflect extensive negotiations between

8

**EXHIBIT 1, Page 10**

the parties and that this Agreement shall not be deemed, for the purpose of construction and interpretation, drafted by either Party hereto.

10.18   Counterparts. This Agreement may be signed in counterparts. The parties further agree that this Agreement may be executed by the exchange of facsimile or e-mailed signature pages provided that by doing so the parties agree to undertake to provide original signatures as soon thereafter as reasonable in the circumstances.

10.19   Time is of the Essence. Time is of the essence in this Agreement, and all of the terms, covenants and conditions hereof.

**IN WITNESS WHEREOF,** Buyer and Sellers have executed this Agreement as of the day and year first above written.

**BUYER:**                          UFP Technologies

By: _____
Name: R. Jeffrey Bailly
Its: CEO

**SELLERS:**                        **Advanced Materials Group, Inc.,**
a Nevada Corporation

By: _____
Name: MARTIN A. LEHMAN
Its: INTERIM PRESIDENT


**Advanced Materials, Inc.,**
a California Corporation

By: _____
Name: MARTIN A. LEHMAN
Its: INTERIM PRESIDENT

9

**EXHIBIT 1,  Page 11**

the parties and that this Agreement shall not be deemed, for the purpose of construction and interpretation, drafted by either Party hereto.

10.18 Counterparts. This Agreement may be signed in counterparts. The parties further agree that this Agreement may be executed by the exchange of facsimile or e-mailed signature pages provided that by doing so the parties agree to undertake to provide original signatures as soon thereafter as reasonable in the circumstances.

10.19 Time is of the Essence. Time is of the essence in this Agreement, and all of the terms, covenants and conditions hereof.

**IN WITNESS WHEREOF**, Buyer and Sellers have executed this Agreement as of the day and year first above written.

BUYER:

By: _____
Name: _____
Its: _____

SELLERS:

**Advanced Materials Group, Inc.,**
a Nevada Corporation

By: _____
Name: MARTIN A. LEHMAN
Its: INTERIM PRESIDENT

**Advanced Materials, Inc.,**
a California Corporation

By: _____
Name: MARTIN A. LEHMAN
Its: INTERIM PRESIDENT

9

**EXHIBIT 1,  Page 12**

## SCHEDULE 1.1

### Inventory

[See attached]

# INVENTORY

# MATERIALS

**EXHIBIT 1, Page 14**

Program: mfx0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09   02:58 PM
Page 1

| Part | Location | UOM | Quantity | Value |
|------|----------|-----|----------|-------|
| ETHICON-FP-P | 1 | | | |
| CP05169P01 | | | | |
| ETHICON LONG 45A - FOAM TRAY .375 X 8.75 X 24.75 REV. B | | EA | 2,280.000000 | 2,711.1457 |
| EXP | 1 | | | |
| 1050060 | | EA | 1,373.000000 | 2,017.8295 |
| BOX 200# TEST 33C FLUTE 15.25 X 15.25 X 21.5 | | | | |
| 2280012 | | EA | 14,079.000000 | 1,964.8793 |
| BAG 1.25 MIL BLACK 19 X 17 X 37 | | | | |
| 2280022 | | EA | 340.000000 | 17.2822 |
| BAG 1.5 MIL CLEAR 12 X 12 | | | | |
| 2280024 | | EA | 400.000000 | 25.1940 |
| BAG 1.5 MIL CLEAR 18 X 24 | | | | |
| 2280026 | | EA | 3,764.000000 | 1,093.0341 |
| BAG 1.25 MIL BLACK 40 X 18 X 48 | | | | |
| 25000026 | | EA | 536.000000 | 963.4164 |
| BOX RSC 32ECT KRAFT PLAIN 24 X 18 X 22.5 | | | | |
| 25000027 | | EA | 627.000000 | 1,323.3149 |
| BOX RSC 12ECT KRAFT PLAIN 21 X 19 X 25 | | | | |
| 25000028 | | EA | 272.000000 | 1,169.1784 |
| BOX RSC 32ECT KRAFT PLAIN 39.5 X 23.5 X 29.5 | | | | |
| 31900107 | | ER | 3,780.000000 | 1,875.4281 |
| BAG CLEAR .0008 36 X 36 X 90 | | | | |
| 3390018 | | EA | 234.000000 | 49.3869 |
| BAG CLEAR .0008 32 X 30 X 70 | | | | |
| 3390019 | | EA | 530.000000 | 117.1300 |
| BAG CLEAR .0008 24 X 24 X 55 | | | | |
| Warehouse Subtotal: | | | | 10,623.0737 |
| FG | 1 | | | |
| C00690102 | | MBA | 15.000000 | 921.7289 |
| SPONGE SOAP YELLOW .5 X 3 X 3 REV. B | | | | |
| C00160001-1 | | EA, +/- 1" | 64.000000 | 96.2902 |
| FLUID CONTROL TOWEL LARGE 23 X 35 TOL. +/- 1" | | | | |
| C0204-1472 | | EA | 16,600.000000 | 3,386.5660 |
| ICE PACK W/PGA CLOSURE REV E | | | | |
| C0405-1516 | | EA | 19,800.000000 | 3,301.9568 |
| ICE PACK PERINEAL .0625 X 11.75 | | | | |
| C1104-1493 | | EA | 2,000.000000 | 273.0180 |
| DEROYAL 1 X 2.563 X .75 REV. C | | | | |
| C1104-1496 | | EA | 1,000.000000 | 67.8310 |
| DEROYAL 1 X 1.6 X .5 REV. C | | | | |
| C11233 | | EA | 112,000.000000 | 10,385.9840 |
| CARDINAL HEALTH PAD .045 X 10 X 18  ID ONLY | | | | |
| C224104-102 | | EA | 304.000000 | 3,409.6923 |
| ANDREW .63 X 24 X 36 REV AB | | | | |
| C224104-103 | | EA | 402.000000 | 2,586.4736 |
| ANDREW .63 X 24 X 36 REV AB | | | | |
| C30WG38SSL | | SETS | 26.000000 | 330.6901 |
| ANT RELIEF PAD - LEFT REV N/C | | | | |
| C30WG38SSR | | SETS | 65.000000 | 1,004.5655 |
| ANT RELIEF PAD - RIGHT REV N/C | | | | |

**EXHIBIT 1,  Page 15**

Program: MfX0160

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09    02:58 PM
Page 2

| Part | Location | UOM | Quantity | Value |
|------|----------|-----|----------|-------|
| C41120010 | | EA | 500.000000 | 388.9355 |
| PM CORP .50 X 7.40 X 10.40 BECKMAN P/N 254-365682 REV. A | | | | |
| C63-411F12050-001 | | EA | 20.300000 | 58.4218 |
| PACC 0.787 X 1.181 X 63 REV C | | | | |
| C63-411F12215-001 | | EA | 25.300000 | 50.3092 |
| PACC 0.472 X 0.787 X 78.7 REV A | | | | |
| C63-411F12210-001 | | EA | 6.000000 | 40.9682 |
| PACC 1.18 X 1.18 X 78.7 | | | | |
| C63-411F12220-001 | | EA | 3.000000 | 42.0445 |
| PACC 0.51 X 8.3 X 56 | | | | |
| C761 | | EA | 444.000000 | 2,462.1437 |
| ISK X - LARGE ALUMI HAND 10.785 X 12.905 X 0.53 | | | | |
| C8030492 | | EA | 750.000000 | 419.3813 |
| SNK 8.56 X 1.2500 X .25ID REVB | | | | |
| C900P-360011 | | EA | 7,200.000000 | 214.8912 |
| NP-C900P-360011 REV A .1574 X 1.383 X 7.204 | | | | |
| C5304982 | | EA | 1,500.000000 | 149.1795 |
| HEXCEL CORP BP-1 SCRIM TKK X 1.952 X 4.48 REV B | | | | |
| CMP101 | | EA | 15,000.000000 | 15,693.3150 |
| HOLOGIC .25 X 8.0 X 9.25 SMALL PAD PKG REV H | | | | |
| CMP301 | | EA | 14,750.000000 | 27,142.9648 |
| HOLOGIC .25 X 11.25 X 11.70 REV 9 | | | | |
| CP05221P01 | | BA | 1,500.000000 | 379.9350 |
| ETHICON 1.0 X 3.035 X 9.312 | | | | |
| | Warehouse Subtotal: | | | 72,847.7919 |
| JV9F-RG | 1 | | | |
| CP05113P01 | | EA | 7,650.000000 | 1,854.3141 |
| ETHICON .875 X 3 X 6.75 | | | | |
| CP05167P01 | | EA | 5,250.000000 | 1,484.9783 |
| ETHICON 1.50 X 3.50 X 4.81 REV. A | | | | |
| CP05168P01 | | EA | 2,450.000000 | 597.1042 |
| ETHICON 1.50 X 3.50 X 4.81 REV. A | | | | |
| CP05170P01 | | EA | 350.000000 | 108.7506 |
| ETHICON LONG 45A - FOAM PAD .375 X 5.378 X 9.75 REV A | | | | |
| CP05172P01 | | EA | 6,468.000000 | 1,443.8516 |
| ETHICON 1.0 X 2.50 X 6.992 REV. A | | | | |
| CP05175P01 | | EA | 6,468.000000 | 9,868.4248 |
| ETHICON FOAM PAD 1.00 X 6.75 X 7.00 REV. B | | | | |
| CP05180P01 | | EA | 2,728.000000 | 4,509.3431 |
| ETHICON 1.0 X 8.75 X 20.75 REV C | | | | |
| CP05203P01 | | EA | 10,800.000000 | 2,564.1144 |
| ETHICON 1.0 X 2.625 X 9.312 REV A | | | | |
| CP05221P01 | | EA | 3,600.000000 | 911.8440 |
| ETHICON 1.0 X 3.035 X 9.312 | | | | |
| CP30093P02 | | EA | 3,565.000000 | 3,243.4263 |
| ETHICON .375 X 8.75 X 20.75 REV. B | | | | |
| | Warehouse Subtotal: | | | 21,546.1514 |
| MSB-RAW | 1 | | | |
| 1090024-1 | | SF | 3,407.000000 | 90.7284 |
| PLASTIC SHEET BLUE 286 .0015MM X 7? +/-.125 X 4350 LF | | | | |

**EXHIBIT 1, Page 16**

Program: mfx0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09   02:58 PM
Page 3

| Part | Location | UOM | Quantity | Value |
|---|---|---|---|---|
| 1090026 | | SF | 119,673.000000 | 3,358.8621 |
| LDPE 30103 REV B BLUE 286 .0015MM X 7" +/-.125 X 4350 LF | | | | |
| 1090026-1 | | SF | 131,916.000000 | 3,501.3145 |
| LDPE 30103 REV B BLUE 286 .0015MM X 12" +/-.125 X 4350 LF | | | | |
| | | Warehouse subtotal: | | 6,950.9050 |
| RAW | 1 | | | |
| 010001 | | BF | 189.000000 | 323.9186 |
| LD45 BLACK 1.18 X 39.37 X 59.06 | | | | |
| 010031 | | BF | 2,439.000000 | 5,074.8639 |
| EV50 WHITE 1.18 X 39.37 X 59.06 | | | | |
| 010031-1 | | SF | 3,302.000000 | 6,870.5209 |
| EV50 WHITE 1.18 X 39.37 X 78.74 | | | | |
| 010082 | | BF | 948.000000 | 3,615.3743 |
| HK60 BLACK .9 X 30.7 X 44.9 | | | | |
| 010085 | | BF | 58.000000 | 71.1399 |
| LD33 BLUE 1.2 X 39.4 X 59.1 | | | | |
| 010085-1 | | BF | 51.000000 | 66.4059 |
| LD33 BLUE 1.18 X 39.4 X 78.74 | | | | |
| 020016 | | SP | 1,129.000000 | 474.2658 |
| PSA EMOSBOND 1 MIL HB 3081-83  54 X 750 LF | | | | |
| 020036-3 | | SF | 17,469.000000 | 10,145.7856 |
| PSA 3044 .75 +/- .020 X 144 LYDS | | | | |
| 020036-4 | | SF | 1,835.000000 | 1,066.3268 |
| PSA 3044 1.5 X 144 LYDS | | | | |
| 020036-5 | | SF | 12,348.000000 | 7,171.5702 |
| PSA 3044 6.125 X 144 LYDS | | | | |
| 020036-6 | | SF | 4,356.000000 | 2,529.9125 |
| PSA 3044 11 X 144 LYDS | | | | |
| 020044 | | SF | 9,396.000000 | 7,205.5105 |
| PSA 3044 3 X 144 LYDS | | | | |
| 020076 | | SE | 4,950.000000 | 2,291.8253 |
| PSA 333 54 X 750 LF | | | | |
| 020114 | | SF | 5,174.000000 | 1,638.5696 |
| PSA 1115 .005 TRANSFER TAPE 54 X 750 LF | | | | |
| 020118 | | ST | 2,475.000000 | 1,531.5300 |
| PSA 6000 54 X 750 LF | | | | |
| 020121 | | SF | 75.000000 | 88.5851 |
| PSA  MED5634  4.5 +/- .062 X 300 LF (REPLACE MED2218A) | | | | |
| 030034 | | SF | 225.000000 | 495.7583 |
| ENSOLITE IVC BLACK 1.25 X 54 X 50 LF | | | | |
| 060004 | | BF | 48.000000 | 48.7968 |
| CHARCOAL 3 X 48 X 48 | | | | |
| 060022 | | SF | 11,430.000000 | 2,591.7068 |
| VOLARA 2A WHITE .25 X 54 X 300 LF | | | | |
| 060121 | | BF | 288.000000 | 292.7808 |
| T200 NATURAL 3 X 48 X 48 | | | | |
| 060388-1 | | BF | 72.000000 | 51.1093 |
| L200 NATURAL ASIA 3 X 48 X 72 | | | | |
| 060360-CB | | SF | 1,375.000000 | 0.0000 |
| VOLARA 4EO WHITE .125 X 55 X 600 LF | | | | |

**EXHIBIT 1,  Page 17**

Program: mfin0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09   02:53 PM
Page 4

| Part | Location | UOM | Quantity | Value |
|------|----------|-----|----------|-------|
| 060448-1 | | BF | 4,176.000000 | 4,773.2191 |
| MD200 NATURAL 3 X 48 X 48 | | | | |
| 060458-2 | | SF | 16,040.000000 | 1,460.4741 |
| VOLARA 2S OCEAN BLUE .09 X 40 X 500 LF | | | | |
| 060464 | | SF | 300.000000 | 278.6919 |
| VOLARA 4A THERMOCHROMATIC ORANGE .094 X 60 X LF | | | | |
| 1050040 | | EA | 31.000000 | 513.8250 |
| BOX 200# TEST C FLUTE 54 X 26 X 48 | | | | |
| 1050065 | | EA | 46.000000 | 1,034.3905 |
| BOX 275 DW 44LONG X 43 WIDE X 43 HT | | | | |
| 1050063 | | EA | 2,295.000000 | 2,746.4639 |
| BOX 200# BIOLUCENT BL121-00 REV __20.625 X 16.625 X 6.50 | | EA | | |
| 1050069 | | EA | 2,295.000000 | 910.4150 |
| PARTITION 200#TEST BL122 REV 8 | | | | |
| 1050070 | | EA | 95.000000 | 100.8258 |
| BOX 200# BIOLUCENT BL125-00 REV __20.625 X 11.75 X 6.50 | | EA | | |
| 1050071 | | EA | 838.000000 | 1,009.3291 |
| BOX 18.375 X 16.25 X 16.50 | | | | |
| 1050072 | | EA | 1,953.000000 | 1,877.5166 |
| BOX ICE BAG INNER | | | | |
| 1050073 | | EA | 835.000000 | 599.7398 |
| BOX ICE BAG SHIPPER | | | | |
| 1050075 | | EA | 126.000000 | 360.6057 |
| BOX 201 # C KRAFT RSC SHIPPER 25 X 17 3/4 X 13 | | | | |
| 1050076 | | EA | 96.000000 | 403.1040 |
| BOX RSC DOUBLE WALL A & E 49.25 L X 12.625 W X 9.75 H | | | | |
| 1050077 | | EA | 210.000000 | 336.4725 |
| BOX 200# C KRAFT PLAIN 20.875 X 11.125 X 8 | | | | |
| 1050078 | | EA | 749.000000 | 1,059.3856 |
| BOX # 3 WHITE 2 SIDE PRT 24 1/8 X 17 3/4 X 2 3/8 | | EA | | |
| 1050079 | | EA | 93.000000 | 212.7236 |
| BOX AQUA GUARD 200# SW KRAFT 14.5 X 14.5 X 13.75 | | | | |
| 1050081 | | EA | 83.000000 | 194.4356 |
| BOX AQUA GUARD 200# SW KRAFT 20.5   X 12.25 X 13.75 | | EA | | |
| 1050082 | | EA | 90.000000 | 202.8835 |
| PARTITION AQUA GUARD 6 CELL 200 # RSC KRAFT 7.25 X 7.25 | | EA | | |
| 1050083 | | EA | 73.000000 | 112.9310 |
| PAD AQUA GUARD SCORED 200 # RSC KRAFT 13.75 X 32.75 | | EA | | |
| 1050085 | | EA | 950.000000 | 997.2625 |
| BOX IC3 PACK PERINEAL INNER 230-B #3 WHT 11.875 X 5.25 X 5 | | EA | | |
| 1050086 | | EA | 498.000000 | 434.7291 |
| BOX IC3 PACK PERINEAL SHIP 200 C KRAFT RSC 12 X 5.375 X 11 | | EA | | |
| 1050088-0 | | EA | 360.000000 | 0.0000 |
| BOX SHIPPER NUNDIE POP | | | | |
| 1050089 | | EA | 103.000000 | 114.9532 |
| BOX SHIPPER NUNDIE 3 PACK 12 x 10 1/4 x 8 1/4 | | EA | | |
| 1050091 | | EA | 153.000000 | 819.9653 |
| BOX DW KRAFT PLAIN RSC 200' #2 72 X 12.625 X 9.75 | | EA | | |
| 1050092 | | EA | 40,175.000000 | 4,075.3118 |
| BOX MISS OOPS 14 PT SBS PRINTED 2 + .125 X .8125 X 4 + .125 | | EA | | |
| 1050093 | | EA | 205.000000 | 1,186.9310 |
| BOX ALUMI HAND TOTE 200 LB. RSC 44 X 23 X 18.5 | | | | |

**EXHIBIT 1,  Page 18**

Program: MK0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09    02:58 PM
Page 5

| Part | Location | UOM | Quantity | Value |
|---|---|---|---|---|
| 1050098 | BOX HOLOGIC LARGE MP201   PKG-00213 20.625 X 11.75 X 6.5 | EA | 4,473.000000 | 5,213.4542 |
| 1050099 | BOX HOLOGIC DIGITAL MP301   PKG-00214  23.25 X 12.75 X 6.5 | EA | 4,041.000000 | 4,715.3621 |
| 1050100 | BOX ALUMI LARGE HAND INNER PRTD | EA | 2,817.000000 | 2,921.6600 |
| 1050100-1 | BOX ALUMI EX LARGE HAND INNER PRINTED | EA | 3,495.000000 | 3,624.8497 |
| 1090016 | POLYPROPYLENE NATURAL .035 X 48 X LENGTH | SF | 3,028.000000 | 214.1402 |
| 1090018 | POLYESTER 5 MIL CLEAR 55 I 750 LF | SF | 550.000000 | 120.6992 |
| 1090020-1 | FILM FLAT MIL-PRF-22191E CLEAR 3 X 600 L/F | SF | 1,500.000000 | 125.9700 |
| 1090024 | PLASTIC SHEET BLUE 286 .0015MM X 12" +/- .125 X 4350 LF | SF | 44,492.000000 | 1,125.8256 |
| 1090024-1 | PLASTIC SHEET BLUE 286 .0015MM X 7" +/-.125 X 4350 LF | SF | 12,000.000000 | 319.5600 |
| 1090025 | POLYPROPYLENE NATURAL .003 X 44 X LENGTH | SF | 293.000000 | 26.4840 |
| 1090026 | LDPE 30101 REV S BLUE 286 .0015MM X 7" +/-.125 X 4350 LF | SF | 15,000.000000 | 421.0050 |
| 1090026-1 | LDPE 30101 REV S BLUE 286 .0015MM X 12" +/-.125 X 4350 LF | SF | 34,800.000000 | 923.6616 |
| 110025 | BOX CLEAR PLASTIC PT 19 | EA | 140.000000 | 44.7083 |
| 110036 | PE 2 # WHITE 2 X 24 X 108 | BF | 108.000000 | 104.4225 |
| 110059 | PE 4# WHITE 2 X 24 X 108 | BF | 36.000000 | 70.2753 |
| 110065 | PE 1 .7# NATURAL #65076 .375 X 48 X 200 LF | SF | 1,600.000000 | 363.5008 |
| 110094 | PE 6# WHITE 2 X 24 X 108 | BF | 36.000000 | 93.4930 |
| 1200004 | BARION CORD BLUE #14645 1859 LYDS/RL. | LF | 234,862.000000 | 1,038.1784 |
| 140041 | ESTER 2# CLICK WHITE HT X 54 X 72 | BF | 979.000000 | 863.2724 |
| 140042-1 | ESTER FINECELL NON CLICKABLE CHBF .156 +/-.015 X 60 X 340 LY | BF | 375.000000 | 42.9048 |
| 140048-1 | ESTER S82C CLICK #304 GREEN .1875 X 60 X ROLL | BF | 464.000000 | 328.1408 |
| 140058 | FINECELL NON CLICKABLE GRAY .120 X 24 +1 -0 X 150 -180 LY | SF | 25,200.000000 | 1,968.6996 |
| 140059 | ESTER 2# BLUE  HT X 60 X 120 | BF | 1,250.000000 | 914.3875 |
| 150134 | R423 # BLACK 25 X 42 X 56 | BF | 16.000000 | 100.5992 |
| 160020 | 100 PPI Z NATURAL HT X 52 X 72 | BF | 391.000000 | 621.5973 |
| 161220 | 100 PPI Z CLICK UV ZLOEHBCA WHITE HT X 48 X 72 | BF | 372.000000 | 1,533.2538 |

**EXHIBIT 1,  Page 19**

```
Program: mfkx0260                          Inventory Value Report For Plant C0                08/24/09   02:58 PM
                                               Cost Type STANDARD                                        Page 6

Part                                    Location  UOM      Quantity              Value
-------------------------------------   --------  ---   ------------      --------------
161299                                                                                      
65 PPI Z BLUE 12 X 48 X 96                         BF     416.000000          1,133.2621
161331                                             
XP 3.5 FIRMNESS 880 2B 88 +/- 5PPI NATURAL         SF     744.000000          1,018.6067
161381-3                                           
110 PPI 5# ULTRAFINE PS 2AP EL118-00 REV B .1575 X 48 X 72   SF  144.000000     606.2472
161389                                             37 X 51
HT X 54 X 72
ESTER PYRELL 2# CHARCOAL                           BF      98.000000            202.5023
161396                                             
ETHER VH18501BX OATMEAL/TAN 40 X 82 X 96           BF   1,706.000000          1,002.8892
161400                                             
ETHER FT2039-C CAL 117 OFF WHITE HT X 82 X 96      BF   1,669.000000            534.8311
163000S                                            
TERRATEX .5 MICRON EXPANDED PTFE W/VMX78S1S2 36" X LF   SF   150.000000        2,113.3125
180006                                             
ESTER 2# GL94KF1 CHARCOAL   HT X 54 X 144          BF   2,648.000000          1,937.0385
228001?-1                                          
BAG BTD1UCENT MF101 EL153-00 REV   ART EL151-00 REV   EA   132.000000            75.8472
228001?-2                                          
BAG BTD1UCENT MF201 EL154-00 REV   ART EL123-00 REV   EA  6,101.000000        6,057.4445
228003Z                                            
CARDBOARD TUBING 2 IN. DIA X 19.25 IN. W/ END CAPS   EA   13.000000              6.7516
228003S                                            
BAG PRE-OPENED LLDPE VERTICLE PERF CLEAR 1.5 MIL X Q X 6   EA   63,500.000000    674.6875
228003G                                            
BAG POLY 2 MIL 12 X 4 X 18                          EA    275.000000             25.5255
228004Q                                            
BAG BUILOGIC MF301 F002214 REV 001                 EA    250.000000            179.1813
228004I                                            
BAG .001 GUSSETT CLEAR 16 X 14 X 24                 EA    250.000000             53.0400
230012                                             
PSR IB1190/96  49 X 750 LF                         SF    661.000000            145.8307
230001S                                            
LINER BM 0440  4.4375  X 750 LF                    SF   2,942.000000           195.5342
230017                                             
LINER BM 0440  6.5  X 750 LF                       SF   7,474.000000           753.5346
230001S                                            
LINER BM 0440  5.625  X 750 LF                     SF   2,109.400000           212.3489
230019                                             
LINER BM 0440  3.7 X 750 LF                        SF    125.000000             12.5859
230021                                             
PSR IB1190/96  25 X 750 LF                         SF      8.000000              1.3260
230022                                             
PSR IB1196  60 X 750 LF                            SF   19,250.000000         3,446.9425
2370001                                            
BAG BIOSSY PRINTED 3 X 12                           EA   4,900.000000           909.6360
2470001                                            
CHEMCLAS(R)  CF103-AS CONDUCTIVE 3 MIL X 20 X LENGTH   SF   213.000000          461.3154
2470001D                                           
SOUNDFOAM EMBOSSED EMX000N05  .50 X 54-55 X 1000 LYDS   LF   1,528.000000       955.6570
2470084                                            
SOUNDFOAM EMBOSSED EMX000N05 1.0 X 54-55 X 50 LYDS   SF   1,350.000000        1,427.7533
```

**EXHIBIT 1, Page 20**

Program: mfx0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09  02:58 PM
Page 7

| Part | Location | UOM | Quantity | Value |
|---|---|---|---|---|
| 2470086 | SOUNDFOAM EMBOSSED EM100EH5 .25 X 54-55 X 185 LYDS | SF | 698.000000 | 207.9705 |
| 2470098 | SOUNDFOAM EMBOSSED EM600HH5 1.5 X 54-55 X 33 LYDS | SF | 301.000000 | 485.8360 |
| 2970105 | PSA 1INCH PER SPECIFICATION | SF | 2,250.000000 | 494.7638 |
| 2970106 | PRINTED ICE PACK W/CLOSURE 5.25 INCH | SF | 11,813.000000 | 1,161.7495 |
| 2470108 | LINER 1.173D ACRYLIC 3.18 X 750 LF | SF | 3,181.000000 | 2,062.2518 |
| 2470109 | PSA 1207-G1-54 W/DRY EDGE ON EACH EDGE 54 X 750 LF | SF | 390.000000 | 55.2478 |
| 2470110 | CAUTERY BLUE .21875 X 25.25 -0/+2 X 41-0/+.5 | SF | 7,436.000000 | 10,879.0167 |
| 2470C11 | HOT MELT GLUE STICK N3SOL LOC83327 7804 .5 DIA X 10' LONG | EA | 400.000000 | 462.2436 |
| 2470C15 | PILLOW WOVEN CODE 94V8 BLUE GREY 36 INCH WIDE | SF | 103,500.000000 | 2,509.6680 |
| 2470120 | INSERT ICE BAG INSTRUCTION | EA | 2,640.000000 | 194.5759 |
| 2470121-6 | ENCLOSURE EXTRUDED PVC VINYLEX .906 X 2.103 X 145 +/- .5 | LF | 10,283.000000 | 6,512.3062 |
| 2470122 | HIGH IMPACT POLYSTYRENE .040 X 48 X 96 | SF | 768.000000 | 444.1782 |
| 2470123 | TREREB 7-18 PERMA CORE POLYESTER WHITE | LY | 438,000.000000 | 330.2520 |
| 2470126-1 | POL VAP240 WHITE 40" INCH I LENGTH | SF | 316,231.000000 | 13,801.5345 |
| 2470128 | HOT MELT GLUE STICK 3 M WIT MELT 3792 CLM 5/8 DIA X 8 INCH | EA | 383.000000 | 303.5848 |
| 2470130 | BOX PILLOW PACKAGING BLACK (5/PK) | EA | 14,500.000000 | 10,610.0995 |
| 2470130-1 | BOX PILLOW PACKAGING ASSORTED (5/PK) | EA | 7,200.000000 | 4,805.4240 |
| 2470130-3 | BOX PILLOW PACKAGING BUFF (5/PK) | EA | 322.000000 | 135.2078 |
| 2470130-4 | BOX PILLOW PACKAGING BLUSHING BUFF (7/PK) | EA | 7,500.000000 | 3,149.2500 |
| 2470130-5 | BOX PILLOW PACKAGING BLACK (7/PK) | EA | 4,000.000000 | 1,679.6000 |
| 2470130-6 | BOX PILLOW PACKAGING PINK (7/PK) | EA | 2,500.000000 | 1,049.7500 |
| 2470130-7 | BOX PILLOW PACKAGING AQUA (7/PK) | EA | 2,500.000000 | 1,049.7500 |
| 2470130-8 | BOX PILLOW PACKAGING GLOBE SLEEVE 5 COLOR 4 X .75 X 6 + .25 | EA | 24,992.000000 | 17,784.8070 |
| 2470133 | PAPER WAX S-11663 12 X 12 | EA | 2,600.000000 | 71.8250 |
| 2470135-0 | TOP DISPLAY | EA | 141.000000 | 1,554.9339 |
| 2470139 | THREAD 67/2 FILAMENT POLY UNFINISHED ON TUBES PROD U94001 | LY | 3,230,600.000000 | 1,814.8278 |

EXHIBIT 1, Page 21

Program: mfxc260

Inventory Value Report for Plant CA
Cost Type STANDARD

08/24/09   02:58 PM
Page 8

| Part | Location | UOM | Quantity | Value |
|------|----------|-----|----------|-------|
| 2470141 | PSA FOR-DC-00188 54 X LF | SF | 3,228.000000 | 789.4687 |
| 2470143 | PSA DM 2035 TAN NON WOVEN 59 X 250 YDS | SF | 23,243.000000 | 7,766.5943 |
| 2470144 | INK 9724 (SILKSCREEN) NAZDAR BLACK | GAL | 1.000000 | 108.7320 |
| 2470146 | THINNER 88180 NAZDAR | GAL | 3.000000 | 172.0485 |
| 2470148 | INK W200 SERIES NAZDAR 60007655W2 MISS GREEN | GAL | 1.280000 | 98.0179 |
| 2470149-1 | ALUMINUM 1100-0 .032 X 13.75 | LB | 532.000000 | 1,751.8228 |
| 2470150 | CSR WRAP 36 X 36 | EA | 2,488.000000 | 866.9007 |
| 2470150-1 | CSR WRAP 24 X 24 | EA | 1,001.000000 | 144.2361 |
| 2470152 | GAMMA DOT FOAM | EA | 7,087.000000 | 156.6327 |
| 2470152-1 | POUCH HEADER ALUMI HAND PRINTED 13 X 17 | EA | 5,470.000000 | 4,545.3512 |
| 2470153-1 | POUCH HEADER ALUMI HAND PRINTED 10.7 X 13.5 | EA | 1,252.000000 | 711.7895 |
| 2470155 | PSA A506-12PT 54 X 250 YDS | SF | 5,818.000000 | 2,730.9925 |
| 2500029 | BOX BSC 32ECT KRAFT PLAIN 43 X 24 X 36 | EA | 295.000000 | 1,470.1473 |
| 2690011 | BAG 1.25MIL CLEAR 2 X 3 | EA | 7,900.000000 | 17.4590 |
| 2690262 | BAG CLEAR POLY 1 MIL 14 X 26 | EA | 15,476.000000 | 1,381.7592 |
| 280001 | PSA #2 PT 8302 RUBBER 54 X 750 LF | SF | 2,567.000000 | 446.8202 |
| 3180002-1 | CORE PLASTIC 3INCH ID .10 WALL X 3 INCH LONG | EA | 357.000000 | 239.7294 |
| 3180002-2 | CORE PLASTIC 3INCH ID .10 WALL X 4.25 INCH LONG | EA | 1,002.000000 | 867.1669 |
| 3180003 | CORE PLASTIC PE 3.04 X .25 X 48 | EA | 35.000000 | 756.8698 |
| 3390015 | TB 20  4 X 48 X 72 | BF | 3,324.000000 | 2,530.7108 |
| 3390019-1 | BAG BLACK 4 MIL 24 X 24 X 55 | EA | 1,449.000000 | 1,132.8283 |
| 3390021 | BAG POLY CLEAR 2 MIL 3 X 6 | EA | 1,000.000000 | 13.2600 |
| 3400001 | SOAP COCONUT POTASSIUM | GAL | 330.000000 | 1,312.7400 |
| 3760014-3 | LINER 78# C1S (P1000) 6.25 X 1550 LF | SF | 20,992.000000 | 988.1564 |
| 3760015-1 | LINER 54 LB C1S P6050 MEDIUM RELEASE 60" X LENGTH | SF | 7,890.000000 | 305.1458 |
| 3760008 | LINER 78 LB. C1S 11.000 - ECP | SF | 2,700.000000 | 119.9367 |

**EXHIBIT 1, Page 22**

Program: nEX0260

Inventory Value Report For Plant CA
Cost Type STANDARD

08/24/09    02:58 PM
Page 9

| Part | Location | UOM | Quantity | Value |
|---|---|---|---|---|
| 37600L17 | | SF | 4,500.000000 | 199.8985 |
| LINER F5050 78 LB. 4" X 1150 LF | | | | |
| 37800003-1 | | SF | 1,643.000000 | 180.4803 |
| SONTARA 8004 WHITE ON 3 IN CORE 54 -0 + 1/2 X LGTH | | | | |
| 3880013 | | EA | 500.000000 | 287.3000 |
| LABEL, LASER / PERMANENT .667 X 3.4375 MATT CLEAR | | | | |
| 390003-1 | | SF | 2,250.000000 | 1,063.6173 |
| PSA 7511 5 MIL TRANSFER 18 X 250 YDS | | | | |
| 390009 | | SF | 3,422.000000 | 1,096.5799 |
| PSA 728-60 ACRYLIC 54 X 750 LF | | | | |
| 390009 | | SF | 14,349.000000 | 4,033.6761 |
| PSA 256M-76 54 X 750 LF | | | | |
| 44420005 | | SF | 600.000000 | 1,072.7340 |
| ETHER MEDISPONGE -50P .185 +/- .020 X 12 X 200LF | | SF | | 0.0000 |
| 450479 | | SF | 1,868.000000 | 0.0000 |
| BOSTON SCIENTIFIC FASTAPE MED 3044 54 X 144 LYDS | | | | |
| 450490 | | SF | 450.000000 | 0.0000 |
| PSA 6060 54 X 750 LF | | | | |
| 450493 | | SF | 157,712.000000 | 0.0000 |
| PCI PSA 3M 1524 4.625 X 200 LY | | | | |
| 450494 | | SF | 38.475.000000 | 0.0000 |
| PCI PSA 3M 1594 3.375 X 200 LY | | | | |
| 450498 | | EA | 910.000000 | 0.0000 |
| EAST INDUSTRIES BOW BLACK | | | | |
| 45B0007 | | SF | 130,635.000000 | 35,366.1604 |
| PSA SIGNJCENT 54 X 250 YDS | | | | |
| 480004 | | SF | 3,315.000000 | 1,037.8569 |
| SPOETEK BJ-185 BLACK | | | | |
| 480005 | | SF | 10,560.000000 | 4,425.9706 |
| FABRIC C02228 BLACK 56/57 X 100 L/Y | | | | |
| 480006 | | SF | 90,625.000000 | 15,801.5000 |
| FABRIC C02228 BUFF 56/57 X 300 L/Y | | | | |
| 480007 | | SF | 28,390.000000 | 11,777.9038 |
| FABRIC C02228 AQUA 56/57 X 300 L/Y | | | | |
| 480009 | | SF | 24,685.000000 | 10,228.8469 |
| FABRIC C02228 HOT PINK 56/57 X 300 L/Y | | | | |
| 480012 | | SF | 626.000000 | 1,838.6183 |
| FABRIC WALL MART CAMISOL FLORAL VARIOUS | | | | |
| 480013 | | SF | 135.000000 | 396.5072 |
| FABRIC WALL MART CAMISOL WHITE | | | | |
| 580004 | | SF | 21.500000 | 74.1472 |
| PSA 3M F9473PC 1/2 X 60 L/Y | | | | |
| 580024-1 | | SF | 135.000000 | 426.6405 |
| PSA 3M F9473PC 3/4 X 60 L/Y | | | | |
| 580025 | | SF | 67.500000 | 282.3883 |
| PSA 3M 4016 3/4 X 36 LY | | | | |
| A2470115 | | SF | 130,442.000000 | 13,678.6699 |
| PCI NON WOVEN CODE 9498 BLUE GREY 36 INCH WIDE | | | | |
| | | | Warehouse Subtotal: | 349,760.0561 |

REJECT-PG

| Part | Location | UOM | Quantity | Value |
|---|---|---|---|---|
| CF05111P02 | 1 | EA | 139.000000 | 145.5033 |
| SPUNICOR .375 X 8.75 X 20.75 REV.B | | | | |

**EXHIBIT 1, Page 23**

```
Program: mfxO260                    Inventory Value Report For Plant C4                  08/24/09   02:58 PM
                                          Cost Type STANDARD                                         Page 10
----------------------------------------------------------------------------------------------------------
    Part                Location       UOM          Quantity              Value
-------------------------------------  ----    -----------------    -------------------
CP05180P01                              EA            527.000000              871.1231
  ETHICON 1.0 X 8.75 X 20.75 REV C
CP05203P01                              EA            690.000000              163.8184
  ETHICON 1.0 X 2.625 X 9.312 REV A
CP05221P01                              EA            263.000000               66.6153
  ETHICON 1.0 X 3.025 X 9.312
                        Warehouse Subtotal:                                1,247.1601

SCRAP-FG                    1
C161232                                 EA          1,280.000000              128.6970
  CARDINAL HEALTH  PAD .045 X 10 X 18  ID ONLY
C4-1337-1                               EA          1,960.000000              147.4351
  DEROYAL 1.96 X 4.35 X 0.33 REV 0
C50011                                  EA            985.000000              229.6222
  CENORIN AQUAGUARD - SE  10 X 12 REV E
                        Warehouse Subtotal:                                  495.7543
                                            Grand Total:                466,222.0381
```

**EXHIBIT 1,  Page 24**

## **SCHEDULE 1.2**

### **Other Personal Property**

[See attached]

## Code Directory

| Codes | Code No | Description |
|---|---|---|
| MS | 1 | MACHINE SHOP |
| PL | 1 | PLANT |
| VE | 1 | VEHICLES |
| YD | 1 | YARD |
| ZO | 1 | OFFICES |

**EXHIBIT 1,  Page 26**

# APPRAISAL

Code 1: TYPE
Code 2:

Date : 06/03/08

| Line | C1 | C2 | Qty | Description | ORD |
|---|---|---|---|---|---|
| 45 | MS | | 1 | MILL/DRILL, JET MDL. JMD-18PF, S/N 5119965, BENCH TYPE | 450.00 |
| 46 | MS | | 1 | VERTICAL BAND SAW, JET MDL. VBS-2012, STOCK #414482, S/N 6085530, W/BLADE WELDER | 1,500.00 |
| 47 | MS | | 1 | VERTICAL MILL, ARCH/JIH FONG MDL. JP-153, S/N 95185, 3 HP, 9" X 48" POWER FEED TABLE, MILL MATE ACU-RITE DIGITAL READOUT FOR "X" AND "Y" AXIS | 3,500.00 |
| 48 | MS | | 1 | VERTICAL MILL, ARCH MDL. ACM-153V, S/N 862071 (NEW 1996), 3 HP, 9" X 48" POWER FEED TABLE, MITUTOYO DIGITAL READOUT FOR "X" AND "Y" AXIS | 3,500.00 |
| 49 | MS | | 1 | ENGINE LATHE, ARCH, APPROX. 18" X 68" C.C., TAILSTOCK, TOOL POST, 3-JAW CHUCK, S/N NOT VISIBLE [C], CO. #2011 | 4,500.00 |
| 50 | MS | | 1 | HORIZONTAL BAND SAW, RAMCO MDL. RS-90P, S/N 07900 | 750.00 |
| 51 | MS | | LOT | MISCELLANEOUS, IN THIS AREA, INCLUDING BUT NOT LIMITED TO PARTS BINS, METAL SHELVING, WORK BENCHES, SWIVEL VISES, CABINETS, HAND TOOLS, ETC. | 1,500.00 |
| 68 | MS | | 1 | VERTICAL BAND SAW, FRANKIE JONES MACHINERY CORP. | 500.00 |
| 69 | MS | | 1 | VERTICAL BAND SAW, SEARS CRAFTSMAN, 12" BAND SAW/SANDER | 150.00 |
| 70 | MS | | 1 | VERTICAL BAND SAW, DELTA MDL. 28-245, S/N 94J94982 | 225.00 |
| 71 | MS | | 1 | DRILL PRESS, CENTRAL MACHINERY, 16-SPEED, S/N 1030010050, FLOOR TYPE | 150.00 |
| 72 | MS | | 1 | VERTICAL BAND SAW, CENTAURO MDL. 00-800, S/N 0172101 (NEW 2003) | 3,750.00 |
| 73 | MS | | 1 | VERTICAL BAND SAW, SEARS/CRAFTSMAN, 12", BAND SAW/SANDER | 175.00 |
| 74 | MS | | 1 | VARIABLE SPEED DRILL PRESS, JET MDL. JDP-20VS-1, S/N 504395 | 500.00 |
| 75 | MS | | 1 | RADIAL ARM SAW, DELTA MDL. 10 DELUXE, 2 HP | 1,125.00 |
| 76 | MS | | 1 | VERTICAL BAND SAW, SEARS/CRAFTSMAN, 12" BAND SAW/SANDER | 175.00 |
| 77 | MS | | LOT | MISCELLANEOUS ON MEZZANINE, INCLUDING BUT NOT LIMITED TO FANS, BLOWERS, TABLES, DESKS, CHAIRS, COMPUTERS, PRINTERS, FIRST AID KIT, ETC. | 250.00 |

Total MS = MACHINE SHOP    22,700.00

**EXHIBIT 1, Page 27**

# APPRAISAL

Code 1: TYPE
Code 2:

Date : 06/03/08

| Line | C1 | C2 | Qty | Description | ORD |
|------|----|----|----|-------------|-----|
| 1 | PL | | 1 | PACKAGING MACHINE, PAXAL CIRCLE MACHINERY MDL. H12K3S, S/N 883, APPROX. 12"W, (CUTTER/PACKAGING MACHINE), W/APPROX. 8'L INFEED CONVEYOR, EMERSON FOCUS 1 VARIABLE SPEED CONTROL W/(2) SIDE SEALERS AND (2) CROSS SEALERS, DIGITAL READOUT FOR TOP AND BOTTOM ON ALL (4), COMPUTER CONTROLS W/KEYPAD AND DIGITAL READOUT, [B] | 25,000.00 |
| 2 | PL | | 1 | UNWIND STAND, PRECO, MOTORIZED, PORTABLE | 750.00 |
| 3 | PL | | 1 | ROTARY CUTTER, CUSTOM BUILT, APPROX. 16"W X 100'L, W/WET MASTER SERIES/CANDY CONTROLS, CUSTOM BUILT | 2,500.00 |
| 4 | PL | | 1 | LABELER, SOUTHERN CALIFORNIA PACKAGING EQUIPMENT, INC. MDL. ST2100, S/N 306541105 W/KEYPAD AND DIGITAL READOUT, PORTABLE | 3,500.00 |
| 5 | PL | | 1 | ROTARY CUTTER, 5-STATION, CUSTOM BUILT, W/INLINE LAMINATION, VARIABLE SPEED CONTROLLERS, UNWIND STAND, ETC. | 1,500.00 |
| 6 | PL | | 1 | ROTARY DIE CUTTING SYSTEM, PPMS MDL. 2016, MODULAR, W/PC INDUSTRIES MDL. RC400 COMPUTER CONTROLS W/KEYPAD AND DIGITAL READOUT, APPROX. 18"W | 3,500.00 |
| 7 | PL | | 1 | ROTARY DIE CUTTER, CUSTOM BUILT, APPROX. 9-1/2"W W/VERSATEC MAGPOWER TENSION CONTROL AND CONTROL TECHNOLOGY CORP. QUICK PANEL JR. COMPUTER CONTROLS, CUSTOM BUILT | 3,000.00 |
| 8 | PL | | 1 | LAMINATOR/REWINDER, CUSTOM BUILT, 9"W, W/84-SPOOL CREEL, KEYPAD AND DIGITAL READOUT | 4,500.00 |
| 9 | PL | | 1 | ROTARY DIE CUTTER, WEBTRON MDL. 650, S/N 2-1143-A, 7"W, W/REWINDER | 3,000.00 |
| 10 | PL | | 1 | HEAT SEALER, W/APPROX. 10"W X 48" MOTORIZED CONVEYOR, TEMP. CONTROLLER, ETC. | 900.00 |
| 11 | PL | | 1 | HEAT SEALER, STATIC INC. DYNASTAT 5000, TABLE TYPE, S/N 01765-180 | 250.00 |
| 12 | PL | | 1 | HEAT SEALER, AMERIVAC S, 25", TABLE TYPE | 300.00 |
| 13 | PL | | LOT | PORTABLE SILK SCREEN DRYING RACK AND PORTABLE TABLE | 350.00 |
| 14 | PL | | 1 | HEAT SEALER, GRAMATECH, 23"W, STAINLESS STEEL | 300.00 |
| 15 | PL | | 2 | ROOM AIR CONDITIONERS, W/NTAIR | 350.00 |
| 16 | PL | | 1 | VACUUM FORMING MACHINE, ZMD INTERNATIONAL MDL. RPDC22042, S/N 1602, (NEW 2/2007), APPROX. 42"W W/APPROX. 8' MOTORIZED ROLLER CONVEYOR SYSTEM | 9,500.00 |
| 17 | PL | | 1 | ROTARY DIE CUTTER, APPEARS TO BE WEBTRON, 8"W, W/REWIND STAND | 1,500.00 |
| 18 | PL | | 1 | SLITTER/LAMINATOR, CUSTOM BUILT, 60"W, CO. #2035 | 2,500.00 |

**EXHIBIT 1, Page 28**