ORIGINAL

1  Leonard M. Shulman - Bar No. 126349
   Mark Bradshaw - Bar No. 192540
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:        lshulman@shbllp.com; mbradshaw@shbllp.com
5
   Counsel for Advanced Materials, Inc., a California corporation
6  and Advanced Materials Group, Inc., a Nevada corporation, the Debtors and Debtors in
   Possession
7

8              **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA,  SANTA ANA DIVISION**

10

| 11 | In re | Case No.  8:09-bk-16548 TA |
|---|---|---|
| 12 | **ADVANCED MATERIALS, INC., a California corporation,** | Chapter 11 |
| 13 |  | Jointly Administered with |
|    | Debtor. | Case No. 8:09-bk-16529 TA |
| 14 |  |  |
| 15 | In re | **NOTICE OF DEBTORS AND DEBTORS IN POSSESSIONS' MOTION FOR ORDER DISMISSING VOLUNTARY CHAPTER 11 PETITIONS AND APPROVING DISTRIBUTION OF SALE PROCEEDS** |
| 16 | **ADVANCED MATERIALS GROUP, INC., a Nevada corporation,** |  |
| 17 |  |  |
|    | Debtor. | Date: November 25, 2009 |
| 18 |  | Time: 10:00 A.M. |
|    |  | Place: Courtroom 5B |
| 19 |  |         U.S. Bankruptcy Court |
|    |  |         411 West Fourth Street |
| 20 |  |         Santa Ana, CA 92701 |

21  **NOTICE IS HEREBY GIVEN** that on **November 25, 2009 at 10:00 A.M.**, in
    Courtroom 5B of the above-entitled Court located at Ronald Reagan Federal Building and
22  United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, Advanced
    Materials, Inc., a California corporation, ("AMI") and Advanced Materials Group, Inc., a
23  Nevada corporation, ("AMG") the jointly administered debtors and debtors in possession
    ("Debtors"), will bring a Motion for Order Dismissing Voluntary Chapter 11 Petitions and
24  Approving Distribution of Sale Proceeds ("Dismissal Motion").  Following is a summary of the
    Dismissal Motion.
25
    **A.    Case Commencement**
26
        The Debtors each filed a voluntary petition for relief under Chapter 11 of United States
27  Bankruptcy Code on July 2, 2009 ("Petition Date").  The Debtors are continuing in their
    operation and management of their affairs pursuant to Bankruptcy Code Sections 1107 and 1108
28  as debtors in possession; however, the Debtors no longer have any business operations or
    employees.

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4052-000\EXP. 56
G:\Wp\Cases\A-B\Advanced Materials\Pld\Dismiss Notice of Hearing 001.doc

1

Upon the Motion for Order Directing Joint Administration of Related Cases filed by the Debtor and considered by the Court at a hearing held on July 7, 2009, the Court ordered Debtors' bankruptcy cases to be jointly administered under Case No. 8:09-bk-16548 TA in accordance with Federal Rule of Bankruptcy Procedure 1015(b).

**B.     Debtors' Background**

Prior to the Petition Date, AMG was a publically traded company (ticker ADMG:OTC) but was delisted by the Securities and Exchange Commission with AMG's consent after the Petition Date. AMG's primary asset is its ownership of 100% of the shares of AMI. AMI was the operating entity which developed, manufactured and marketed a wide variety of foam related products from a raw material base of flexible components.

As of the Petition Date, substantially all of the assets of the foam manufacturing business were subject to the secured claim of JPMorgan Chase Bank NA, which was owed, without dispute, more than $2.7 million.

**C.     Principal Events Leading to the Bankruptcy Filing**

Principal events leading to the Debtors' current financial problems arise from the intentional and negligent conduct by the AMG's former president, William Mortensen, who was also the Chief Financial Officer for AMI. The Debtors believe that Mr. Mortensen falsified company records and used assets of the Debtors, including substantial amounts of cash, for his own personal use. On or about June 2, 2009, the Chairman of the Audit Committee of the Company Board of Directors for AMG and the AMG's Chairman of the Board received an anonymous tip pursuant to their whistleblower policy which alleged that there may have been financial irregularities at the company. Following a preliminary investigation, on June 8, 2009, the Audit Committee and full Board of Directors determined that restatements of the AMG's consolidated financial statements for the fiscal year ended November 30, 2008 and for the interim quarterly periods ended May 31, 2008, August 31, 2008, and February 28, 2009 were necessary. Accordingly, the reports AMG filed on Form 10-KSB for the fiscal year ended November 30, 2008, and on Form 10-Q for the quarters ended May 31, 2008, August 31, 2008, and February 28, 2009 with the United States Securities and Exchange Commission were not reliable.

On June 7, 2009, Mr. Mortensen was terminated for cause. The Debtors' retained Marty Lehman as the interim president to assess the damage caused by Mr. Mortensen and to conduct an orderly wind down of the Debtors' business. The bankruptcy cases were filed less than a month after Mr. Mortensen was terminated and the Debtors have cooperated with the SEC and other authorities in connection with their investigation. The Debtors have turned over more than 15,000 pages of documents to the SEC and filed a police report in Texas regarding Mr. Mortensen's conduct. The Debtors anticipate that those agencies will continue their investigation after the dismissal of these bankruptcy cases.

**D.     The Sale of the Foam Manufacturing Business Assets**

With the consent of both the largest creditor in this case, Chase, and the Committee, and pursuant to that certain Order: (1) Approving Sale of Substantially All Assets of Advanced Materials, Inc., Pursuant to Bankruptcy Code Section 363(b)(1) and (f); (2) Approving Bidding Utilized by the Debtors; (3) Approving Asset Purchase Agreement; (4) Approving Stipulated Bankruptcy Code Section 506(c) Surcharge; and (5) Granting Other Related Relief entered by the Court on September 2, 2009 ("Sale Order"), the Debtors were authorized to sell the foam manufacturing business assets ("Purchased Assets") to UFP Technologies, Inc., a Delaware corporation ("UFPT") for a purchase price of $620,000, which was substantially less than Chase's secured claim.

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

4052-000\EXP. 56
G:\Wp\Cases\A-B\Advanced Materials\Pld\Dismiss Notice of Hearing 001.doc

Pursuant to the Sale Order, the Buyer delivered the purchase price funds to Jeffer, Mangels, Butler & Marmaro LLP, counsel for Chase. The sale of the Foam Manufacturing Business Assets has closed and the Debtors' business operations have ceased. Consistent with the Sale Order, $80,000 was carved out from the sale proceeds and delivered to Shulman Hodges & Bastian, LLP ("SHB"), which has been holding those funds pending an order on this Dismissal Motion. Because the Debtors have no employees, SHB has agreed to make the distributions provided for by this Dismissal Motion without further cost to the Estates.

Other than the General Unsecured Claims Funds and the Surcharge Funds described herein, the other potential asset of these Estates is the claim against Mr. Mortensen. On account of Chase's claim, which was not paid in full through the sale to UFPT, Chase will be pursuing the claims against Mr. Mortensen under the Debtors' applicable insurance policies. Given that Mr. Mortensen's conduct appears to have been intentional and tortious, the Debtors are not certain that the claims would be covered by its directors and officers insurance policy. The Debtor is also mindful of recent Ninth Circuit case law which might serve to prevent the Debtors from pursuing claims against Mr. Mortensen even if his conduct is covered by the policy. Moreover, the Debtors' investigation suggests that Mr. Mortensen's primary asset is his residence in Texas which appears to have no equity and which may be subject to Texas' generous homestead exemption statute. For all of these reasons, and because the Estates do not have funds or personnel or counsel to pursue potential claims against Mr. Mortensen for the benefit of Chase, the Debtors believe that other parties are better suited to investigating and pursuing this matter.

**E.    The Proposed Distribution of the General Unsecured Claims Funds and the Surcharge Funds**

Pending approval of this Dismissal Motion, including the proposed distribution of the remaining sale funds consisting of the General Unsecured Creditors Funds and the Surcharge Funds described below, the Debtors' counsel, Shulman Hodges & Bastian LLP is holding the General Unsecured Claims Funds and the Surcharge Funds in segregated trust accounts.

**1.    Proposed Manner for Distribution of the General Unsecured Claims Funds**

Pursuant to the Sale Order, among other things, Chase agreed to a carve-out from the purchase price paid by UFPT in the amount of $50,000, to be used for distribution to allowed general unsecured claims ("General Unsecured Claims Funds").

Pursuant to Court order entered on September 3, 2009, the last day to file proofs of claim in the Debtors' bankruptcy cases is November 12, 2009 ("Claims Bar Date").

Through the Dismissal Motion, the Debtors request that the Court approve the following procedures for the distribution of the General Unsecured Claims Funds:

- Filed concurrently herewith is a preliminary chart of the proposed distribution of the General Unsecured Claims Funds ("Preliminary Unsecured Claims Spreadsheet"). On such Preliminary Unsecured Claims Spreadsheet, if a creditor has filed a proof of claim, the amount listed on the proof of claim supersedes and replaces the amount listed on the Debtors' Bankruptcy Schedule F.

- The Preliminary Unsecured Claims Spreadsheet will be updated after the Claims Bar Date has passed and used to calculate the total allowed general unsecured claims in these cases ("Final Unsecured Claims Spreadsheet"). Such Final Unsecured Claims Spreadsheet will be filed with the Court prior to the hearing on the Dismissal Motion.

- After consulting with the Debtors' former controller, former interim president, and former board members, and using its best business judgment, the Debtors' counsel will

SHULMAN HODGES & BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4052-000\EXP. 56
G:\Wp\Cases\A-B\Advanced Materials\Pld\Dismiss Notice of Hearing 001.doc

3

determine if any of the filed proofs of claim are duplicates or otherwise defective and will note such on the Final Unsecured Claims Spreadsheet.

- Upon entry of the Court order approving the Dismissal Motion, the Debtors' counsel will immediately proceed to distribute the General Unsecured Claim Funds on a pro rata basis in accordance with the updated Final Unsecured Claims Spreadsheet.

## 2.  Proposed Manner for Distribution of the Surcharge Funds

Pursuant to the Sale Order, Chase further agreed to a carve-out in the amount of $30,000 ("Surcharge Funds") to be used to pay the administrative expenses of the Debtors' Estate consisting of the expenses, fees and costs of the Debtors' counsel, Shulman Hodges & Bastian LLP, and counsel for the Official Committee of Unsecured Creditors, Ezra Brutzkus Gubner LLP. The Surcharge Funds are separate from the prepetition retainer paid to Shulman Hodges & Bastian LLP and separate from the carve-out of $10,000 per month for allowed fees of Ezra Brutzkus Gubner LLP already provided by Chase pursuant to prior Court orders entered in these cases.

The following charts reflects the unpaid fees and expenses that have been incurred by both firms in these cases:

|  | Fees | Expenses | Total |
|---|---|---|---|
| Shulman Hodges & Bastian LLP[1] | $144,936.50 | $15,103.98 | $160,040.48 |
| Less the Balance of the Firm's Retainer |  |  | ($61,042.78) |
| Total Unpaid Fees and Expenses for Shulman Hodges & Bastian LLP |  |  | $98,997.70 |

|  | Fees | Expenses | Total |
|---|---|---|---|
| Ezra Brutzkus Gubner LLP | $25,564 | $280.30 | $25,844.30 |
| Less $10,000 Per Month Carve-Out Previously Agreed to by Chase |  |  | ($20,000) |
| Total Unpaid Fees and Expenses for Ezra Brutzkus Gubner LLP |  |  | $5,844.30 |

Based on the foregoing, the Debtors propose that upon entry of the Court order approving this Dismissal Motion, the Surcharge Funds be distributed as follows:

| Firm | Total Unpaid Fees and Expenses | Proposed Pro-Rata Distribution |
|---|---|---|
| Shulman Hodges & Bastian LLP | $98,997.70 | $28,327.68 |
| Ezra Brutzkus Gubner LLP | $5,844.30 | $1,672.32 |
| Totals | $104,842.00 | $30,000 |

---

[1] Prior to the Petition Date, the Firm incurred fees and expenses in providing services to the Debtors in the total amount of $38,957.22. Thus, on the Petition Date, the remaining balance of the $100,000 retainer was $61,042.78.

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

4052-000\EXP. 56
G:\Wp\Cases\A-B\Advanced Materials\Pld\Dismiss Notice of Hearing 001.doc

4

**F.  Cause Exists to Dismiss the Voluntary Petitions**

The Debtors believe that creditors will not be prejudiced by the dismissal of these bankruptcy cases as the continuation of cases will require the expenditure of time and funds for no gain. Once the Surcharge Funds and General Unsecured Creditors Funds have been distributed, no further funds will be available in these cases for distribution to creditor claims.

The operating assets of these Debtors' Estates (the Foam Manufacturing Business Assets), have been sold and except for the General Unsecured Claims Funds, the sale proceeds have been turned over to Chase. The other remaining potential asset of the Estates, the claims against Mr. Mortensen, will be pursued by Chase and any recovery from the Debtors' insurance proceeds to be applied on account of Chase's large secured claim.

The Debtors are no longer conducting business operations, there are no jobs that would be preserved by a continuation of these Chapter 11 cases and Debtors are unable to confirm a plan of reorganization.

Upon dismissal of the cases, SHB will distribute the General Unsecured Creditors Fund on a pro-rata basis to the unsecured creditors of these Estates. In addition, once the cases are dismissed, creditors will be able to utilize all available state law remedies to seek payment of their claims. As such, the Debtors believe that dismissal of these cases is in the best interests of the Estate and creditors.

For further information please see the **DEBTORS AND DEBTORS IN POSSESSIONS' MOTION FOR ORDER DISMISSING VOLUNTARY CHAPTER 11 PETITIONS AND APPROVING DISTRIBUTION OF SALE PROCEEDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF SCOTT BRADDOCK IN SUPPORT** on file with the Clerk of the above-entitled Court which may be reviewed on Monday through Friday from 9:00 A.M. to 4:00 P.M. A copy of the Dismissal Motion may be obtained by written request to the Debtors' attorney at the address indicated above.

**PLEASE TAKE FURTHER NOTICE** that any opposition or other responsive paper to the Dismissal Motion must be filed with the Clerk of the above-entitled Court and a copy served on Shulman Hodges & Bastian LLP to the attention of Leonard M. Shulman at the address indicated above and the Office of the United States Trustee, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, #9041, Santa Ana, California 92701-8000 at least fourteen days prior to the hearing in the form required by **Local Bankruptcy Rule 9013-1(f)**.

**PLEASE TAKE FURTHER NOTICE** that failure to file a timely response may be deemed as consent to the relief requested in the Dismissal Motion. **SEE, LOCAL BANKRUPTCY RULE 9013-1(h).**

Dated: October 29, 2009    **SHULMAN HODGES & BASTIAN LLP**

/s/ Leonard M. Shulman

Leonard M. Shulman
Mark Bradshaw
Attorneys for the Debtors and Debtors in Possession Advanced Materials, Inc., a California corporation and Advanced Materials Group, Inc., a Nevada corporation

**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

5

4052-000\EXP. 56
G:\Wp\Cases\A-B\Advanced Materials\Pld\Dismiss Notice of Hearing 001.doc

| | |
|---|---|
| In re:<br>**ADVANCED MATERIALS, INC., a California corporation,**<br>**ADVANCED MATERIALS GROUP, INC., a Nevada corporation,**<br><div align="right">Debtor(s).</div> | CHAPTER **11**<br>**Jointly Administered Under**<br>CASE NUMBER **8:09-bk-16548 TA** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610**.

A true and correct copy of the foregoing document described as **NOTICE OF DEBTORS AND DEBTORS IN POSSESSIONS' MOTION FOR ORDER DISMISSING VOLUNTARY CHAPTER 11 PETITIONS AND APPROVING DISTRIBUTION OF SALE PROCEEDS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 26, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Dan E Chambers on behalf of Interested Party Courtesy NEF - dchambers@jmbm.com**
- **Steven T Gubner on behalf of Official Comm Of Unsec Creditors sgubner@ebg-law.com, ecf@ebg-law.com**
- **Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) - michael.hauser@usdoj.gov**
- **Douglas M Neistat on behalf of Interested Party Courtesy NEF - twilliams@greenbass.com**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served) - On **October 29, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge's Copy**
**U.S. Bankruptcy Court**
**Attn: Honorable Theodor C. Albert**
**411 West Fourth Street, Suite 5085**
**Santa Ana, CA 92701**

■ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling LBR, on **NOT APPLICABLE** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 29, 2009** | **Lorre Clapp** | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

## U.S. MAIL SERVICE LIST

**DEBTORS**
ADVANCED MATERIALS GROUP, INC. AND ADVANCED MATERIALS, INC.
C/O MARTIN A. LEHMAN, INTERIM PRESIDENT
2532 DUPONT DRIVE
IRVINE, CA 92612

**INTERESTED PARTY**
UNITED STATES TRUSTEE
411 WEST FOURTH STREET SUITE 9041
SANTA ANA, CA 92701

**REQUEST FOR NOTICE - ATTORNEYS FOR THE COMMITTEE**
STEVEN T. GUBNER, ESQ.
EZRA BRUTZKUS GUBNER LLP
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

**REQUEST FOR NOTICE - ATTORNEYS FOR JPMORGAN CHASE BANK NA**
MARTIN TAYLOR, ESQ.
JEFFER, MANGELS, BUTLER & MARMARO LLP
695 TOWN CENTER DRIVE, SUITE 230
COSTA MESA, CA 92626

**REQUEST FOR NOTICE - ATTORNEYS FOR JPMORGAN CHASE BANK NA**
BRIAN W. BYUN, ESQ.
JEFFER, MANGELS, BUTLER & MARMARO LLP
695 TOWN CENTER DRIVE, SUITE 230
COSTA MESA, CA 92626

**REQUEST FOR NOTICE - ATTORNEYS FOR JPMORGAN CHASE BANK NA**
DAN E. CHAMBERS, ESQ.
JEFFER, MANGELS, BUTLER & MARMARO LLP
695 TOWN CENTER DRIVE, SUITE 230
COSTA MESA, CA 92626

**REQUEST FOR NOTICE - ATTORNEYS FOR EASY INDUSTRIES, LLC AND JENNIFER HIGGINS**
BRET A. MADOLE, ESQ.
DAVID GOODMAN & MADOLE
5420 LBJ FREEWAY, SUITE 1200
DALLAS, TEXAS 75240

**REQUEST FOR NOTICE - ATTORNEY FOR THE SECURITIES & EXCHANGE COMMISSION**
RONDA J. BLAIR, ESQ.
SECURITIES & EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
801 CHERRY ST 19TH FLOOR
FORT WORTH, TX 76102

**ATTORNEY FOR LANDLORD, BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST)**
MICHAEL F. SITZER, ESQ.
LAW OFFICES OF MICHAEL F. SITZER
3419 VIA LIDO SUITE 361
NEWPORT BEACH, CA 92663

**ATTORNEY FOR LANDLORD, SUSANA PROPERTY CO**
ARTHUR GREENBERG, ESQ.
FRANK J. TABOADA, ESQ.
GREENBERG & BASS LLP
16000 VENTURA BOULEVARD, SUITE 1000
ENCINO, CA 91436

**SCHEDULE D**
JPMORGAN CHASE BANK NA
ATTN PRESIDENT
PO BOX 2558
HOUSTON, TX 77252

**PROOF OF CLAIM ADDRESS (RE CREDIT CARD)**
JPMORGAN CHASE BANK NA
ATTN BANKRUPTCY DEPT
PO BOX 2017
ELGIN, IL 60121-2017

**SCHEDULE D**
JPMORGAN CHASE BANK NA
ATTN PRESIDENT
700 N. PEARL STREET, SUITE 703
DALLAS, TEXAS 75201

**SCHEDULE D**
JPMORGAN CHASE BANK NA
ATTN PRESIDENT
PO BOX 33035
LOUISVILLE, KY 40232

**SCHEDULE D**
GENERAL ELECTRIC CAPITAL CORPORATION
ATTN PRESIDENT
6130 STONERIDGE MALL RD SUITE 300
PLEASANTON, CA 94588

**SCHEDULE D**
NATIONAL CITY BANK OF MI IL
ATTN PRESIDENT
2021 SPRING RD
OAK BOOK, IL 60523

**SCHEDULE E**
CALIF FRANCHISE TAX BOARD
ATTN BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA 95812

**SCHEDULE E**
CALIF FRANCHISE TAX BOARD
ATTN BANKRUPTCY
PO BOX 2952
SACRAMENTO, CA 95812

**SCHEDULE E**
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

**SCHEDULE E**
INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114

**SCHEDULE E**
CALIF STATE BOARD OF EQUALIZATION
ATTN: SPECIAL PROCEDURES
450 N STREET MIC: 55
PO BOX 942879
SACRAMENTO CA 94279-0055

**SCHEDULE E**
CALIF STATE BOARD OF EQUALIZATION
ATTN: SPECIAL PROCEDURES
450 N STREET MIC: 55
PO BOX 942879
SACRAMENTO CA 94279-0055

**SCHEDULE E**
CALIF EMPLOYMENT DEVELOP DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E**
CALIF EMPLOYMENT DEVELOP DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001

**SCHEDULE E**
LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET
ROOM 122
LOS ANGELES, CA 90012

**SCHEDULE E**
TEXAS FANCHISE TAX BOARD
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX 78774

**SCHEDULE E**
TEXAS FANCHISE TAX BOARD
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B. JOHNSON STATE OFFICE BUILDING
111 EAST 17TH STREET
AUSTIN, TX 78774

**SCHEDULE F**
A-1 LOCKSMITH
ATTN PRESIDENT OR MANAGING AGENT
2685 WALNUT HILL LANE
DALLAS, TX 75229-5615

**SCHEDULE F**
AIRBAND COMMUNICATIONS INC
ATTN PRESIDENT OR MANAGING AGENT
14800 LANDMARK BLVD SUITE 500
DALLAS, TX 75254

**SCHEDULE F**
ACCENT DISPLAY CORP
ATTN PRESIDENT OR MANAGING AGENT
1655 ELMWOOD AVE
CRANSTON, RI 02910

**SCHEDULE F**
ACCENT DISPLAY CORP
C/O MATT TURNER ESQ
SHUSHOK & MCCOY INC
417 EAST DALLAS ROAD
GRAPEVINE, TX 76051

**SCHEDULE F**
ACCESSORIES THE SHOW
ATTN PRESIDENT OR MANAGING AGENT
1384 BROADWAY 11TH FLOOR
NEW YORK, NY 10018

**SCHEDULE F**
ACCESSORY RESOURCE GALLERY
ATTN PRESIDENT OR MANAGING AGENT
389 5TH AVENUE
NEW YORK, NY 10016

**SCHEDULE F - COMMITTEE MEMBER**
ADCHEM PRODUCTS CORP
ATTN RICHARD D ANDERSON
1852 OLD COUNTRY ROAD
RIVERHEAD, NY 11901

**SCHEDULE F**
ADP INC
ATTN PRESIDENT OR MANAGING AGENT
5355 ORANGETHORPE AVE
LA PALMA, AZ 90623

**SCHEDULE F**
AHLSTROM
ATTN PRESIDENT OR MANAGING AGENT
TWO ELM STREET
WINDSOR LOCKS, CT 06096-2335

**SCHEDULE F**
ALLIED WASTE TRANSFER SERVICES OF CA
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 41262
LOS ANGELES, CA 90074

**SCHEDULE F**
AMERICAN STOCK TRANSER & TRUST
ATTN HERBERT J LEMMER, VICE PRESIDENT
59 MAIDEN LANE
NEW YORK, NY 10038

**SCHEDULE F**
AMERIGAS
ATTN PRESIDENT OR MANAGING AGENT
16800 S MAIN ST
GARDENA, CA 90248

**SCHEDULE F**
ANDERSON LEVINE & LINTEL LLP
ATTN PRESIDENT OR MANAGING AGENT
14785 PRESTON ROAD SUITE 650
DALLAS, TX 75254

**SCHEDULE F**
AON RISK SERVICES INC
ATTN PRESIDENT OR MANAGING AGENT
1901 MAIN ST SUITE 300
IRVINE, CA 92614

**SCHEDULE F**
APPLIED PACKAGING MATERIALS, INC.
ATTN PRESIDENT OR MANAGING AGENT
15206 VENTURA BLVD SUITE 303
SHERMAN OAKS, CA 91403

**SCHEDULE F**
APPLIED PACKAGING MATERIALS, INC.
C/O LAW OFFICES OF ROBERT J COLCLOUGH
7120 HAYVENHURST AVE SUITE 111
VAN NUYS, CA 91406

**SCHEDULE F**
ARMACELL
ATTN PRESIDENT OR MANAGING AGENT
7600 OAKWOOD STREET EXT.
MEBANE, NC 27302

**SCHEDULE F**
ASDES INC DBA AADF WAREHOUSE
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 26928
ALBUQUERQUE, NM 87125

**SCHEDULE F**
AURORA INDUSTRIAL HYGIENE
ATTN PRESIDENT OR MANAGING AGENT
1132 MISSION ST SUITE B
SOUTH PASADENA, CA 91030

**SCHEDULE F - COMMITTEE MEMBER**
AVERY DENNISON CORP - AVERY DENNISON SPECIALTY TAPE DIVISION
ATTN BRIAN KANPP
250 CHESTER ST BLDG #5
PAINSVILLE, OH 44077

**SCHEDULE F - PROOF OF CLAIM ADDRESS**
AVERY DENNISON CORP - AVERY DENNISON SPECIALTY TAPE DIVISION
ATTN MARK A MCCLENDON
8080 NORTON PARKWAY
MENTOR, OH 44060

**SCHEDULE F**
BEAUTY.COM
ATTN PRESIDENT OR MANAGING AGENT
DS DISTRIBUTION
411 108TH AVE NE SUITE 1400
BELLVUE, WA 98004

**SCHEDULE F**
BJF ENTERPRISES
ATTN PRESIDENT OR MANAGING AGENT
7104 JACKSON ST
PARAMOUNT, CA 90723

**SCHEDULE F**
BERRY PLASTICS CORPORATION
C/OCOVALENCE SPECIALITY ADHESIVES LLC
ATTN DEBORAH TENORE, CREDIT MANAGER
25 FORGE PKWY
FRANKLIN, MA 02038

**SCHEDULE F**
BSI MANAGEMENT SYSTEMS AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
12110 SUNSET HILLS ROAD
SUITE 200
RESTON, VA 20190

**SCHEDULE F**
CENTURY PALLETS
ATTN PRESIDENT OR MANAGING AGENT
2911 NORTON AVENUE
LYNNWOOD, CA 90262

**SCHEDULE F**
CG LABORATORIES INC
ATTN PRESIDENT OR MANAGING AGENT
1410 SOUTHTOWN DR
GRANBURY, TX 76048

**SCHEDULE F**
CIT TECHNOLOGY FINANCIAL SERVICES INC
C/O WELTMAN WEINBERG & REIS CO
175 S THIRD ST SUITE 900
COLUMBUS, OH 43215

**SCHEDULE F - DUPLICATE, ADDITIONAL NOTICE ON PROOF OF CLAIM**
CIT TECHNOLOGY FINANCIAL SERVICES INC
10201 CENTURION PKWY N #100
JACKSONVILLE, FL 32256

**SCHEDULE F**
CIRCLE SHOWROOM
ATTN PRESIDENT OR MANAGING AGENT
347 WEST 36TH STREET SUITE 601
NEW YORK, NY 10018

**SCHDULE F**
CJG MATERIAL SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 831371
RICHARDSON, TX 75083

**SCHEDULE F**
COATING AND CONVERTING TECHNOLOGIES
ATTN PRESIDENT OR MANAGING AGENT
80 MORRIS ST
PHILADELPHIA, PA 19148

**SCHEDULE F**
COMMAND TRANSPORTATION LLC
ATTN PRESIDENT OR MANAGING AGENT
2633 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**DUPLICATE**
COMMAND TRANSPORTATION LLC
C/O EULER HERMES
ROY ANSELMO ASSIST VP
600 S 7TH STREET
LOUISVILLE, KY 40201-1672

**DUPLICATE**
COMMAND TRANSPORTATION LLC
C/O EULER HERMES
ALBERT STOKES - CLAIMS SVC REPRESENTATIVE
800 RED BROOK BLVD
OWINGS MILLS, MD 21117

**SCHEDULE F**
CREST FOAM
ATTN PRESIDENT OR MANAGING AGENT
100 CAROL PLACE
MOONACHIE, NJ 07074

**SCHEDULE F**
DAVE KALASH
23075 CHAMISE DRIVE
TWAINE HARTE, CA 95383

**SCHEDULE F**
DEENA ARNOLD
2379 N ROCKRIDGE CIRCLE
ORANGE, CA 92867

**SCHEDULE F**
DELL FINANCIAL SERVICES
ATTN PRESIDENT OR MANAGING AGENT
PAYMENT PROCESSING CENTER
PO BOX 5292
CAROL STREAM, IL 60197-5292

**SCHEDULE F**
DION AND SONS
ATTN PRESIDENT OR MANAGING AGENT
1569 W 16TH STREET
LONG BEACH, CA 90813

**SCHEDULE F**
DONALDSON COMPANY INC
ATTN CREDIT ANALYST
PO BOX 1299 MS310
MINNEAPOLIS, MN 55440

**SCHEDULE F**
E N MURRAY COMPANY
ATTN PRESIDENT OR MANAGING AGENT
707 UMATILLA STREET
DENVER, CO 80204

**SCHEDULE F**
EAGLE PROTECTION OF CALIFORNIA
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 1428
TORRANCE, CA 90505-0428

**SCHEDULE F**
EDISON COMPANY
(SOUTHERN CALIFORNIA EDISON COMPANY)
ATTN CREDIT AND PAYMENT SERVICES
300 N LONE HILL AVE
SAN DIMAS, CA 91773

**SCHEDULE F**
ENCORE STAFFING - SPENCER REED GROUP INC
ATTN CREDIT MANAGER
6900 COLLEGE BLVD SUITE #1
OVERLAND PARK, KS 66211

**SCHEDULE F**
ENTERPRISE COATED PRODUCTS
ATTN PRESIDENT OR MANAGING AGENT
1750 SYCAMORE ST
MANTENO, IL 60950

**SCHEDULE F**
ENVIROTECH EXTRUSION
ATTN PRESIDENT OR MANAGING AGENT
4810 WOODSIDE DRIVE
RICHMOND, IN 47374

**SCHEDULE F**
FAST SIGNS
ATTN PRESIDENT OR MANAGING AGENT
14200 WAYZATA BLVD
MINNETONKA, MN 55305

**SCHEDULE F**
FEDERAL EXPRESS
FEDEX CUSTOMER INFORMATION SERVICE
AS ASSIGNEE OF FEDEX EXPRESS/FEDEX GROUND
ATTN REVENUE RECOVERY/BANKRUPTCY
3965 AIRWAYS BLVD MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

**SCHEDULE F**
FEI-FEI CATHERINE FANG CPA
ATTN PRESIDENT OR MANAGING AGENT
6300 STONEWOOD DR SUITE 308
PLANO, TX 75024

**SCHEDULE F - COMMITTEE MEMBER**
FOAMEX (FOAMEX INNOVIATIONS)
ATTN JAMES MEZGER, CREDIT MANAGER
ROSE TREE CORPORATE CENTER II
1400 N PROVIDENCE RD #2000
MEDIA, PA 19063

**SCHEDULE F - COMMITTEE MEMBER**
FOAMEX INNOVIATIONS
ATTN JIM MEZGER
ROSE TREE CORPORATE CENTER II
1400 N PROVIDENCE RD #2000
MEDIA, PA 19063

**SCHEDULE F**
FORD MODELS INC
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 29629
GENERAL POST OFFICE
NEW YORK, NY 10087-9629

**SCHEDULE F**
FORMAT DOCUMENT SERVICES INC
ATTN PRESIDENT OR MANAGING AGENT
3553 CAMINO MIRA COSTA SUITE E
SAN CLEMENTE, CA 92672

**SCHEDULE F**
GEORGE B WOODCOCK
9667 CANOGA AVE
CHATSWORTH, CA 91311

**SCHEDULE F**
GLAST PHILLIPS & MURRAY PC
ATTN PRESIDENT OR MANAGING AGENT
13355 NOEL ROAD SUITE 2200
DALLAS, TX 75240

**SCHEDULE F**
GREAT AMERICAN PACKAGING
ATTN PRESIDENT OR MANAGING AGENT
4361 SOUTH SOTO STREET
VERNON, CA 90058

**SCHEDULE F**
GUARDIAN
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 51505
LOS ANGELES, CA 90051-5805

**SCHEDULE F**
GUARDIAN PACKAGING INDUSTRIES LP
ATTN PRESIDENT OR MANAGING AGENT
3615 SECURITY
GARLAND, TX 75042

**SCHEDULE F**
HALLET & PERRIN PC
ATTN PRESIDENT OR MANAGING AGENT
2001 BRYAN STREET SUITE 3900
DALLAS, TX 75201

**SCHEDULE F**
HARRIS PACKAGING CORP
ATTN PRESIDENT OR MANAGING AGENT
1600 CARSONSTREET
PO BOX 14437
HALTOM CITY, TX 76117

**SCHEDULE F**
HICKS SPORTS MARKETING GROUP
ATTN BRAD ALBERTS EX VICE PRES
ATTN KATE JETT ASSOCIATE COUNSEL
2601 AVENUE OF THE STARS
FRISCO, TX 75034-9089

**SEE HICKS SPORTS MARKETING GROUP**
HICKS SPORTS GROUP LLC
RICHARD G DAFOE, ESQ.
VINCENT LOPEZ SERAFINO & JENEVEIN PC
2001 BRYAN STREET SUITE 2000
DALLAS, TX 75201-3001

**SCHEDULE F**
HOLT LUNSFORD COMMERICAL INC
ATTN PRESIDENT OR MANAGING AGENT
5055 KELLER KELLER SPRINGS ROAD SUITE 300
ADDISON, TX 75001

**SCHEDULE F**
HR ENGRAVING INC
ATTN PRESIDENT OR MANAGING AGENT
16309 1/2 PIUMA AVENUE
CERRITOS, CA 90703

**SCHEDULE F**
ICC THE COMPLIANCE CENTER INC
ATTN PRESIDENT OR MANAGING AGENT
DEPT 381
PO BOX 8000
BUFFALO, NY 14267

**SCHEDULE F**
IKON TX OFFICE SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
LDS DALLAS DISTRICT DAT
PO BOX 676466
DALLAS, TX 75267-6466

**SCHEDULE F**
INGEDI MEDIA
ATTN PRESIDENT OR MANAGING AGENT
997 DOWNEY DR
LEWISVILLE, TX 75067

**SCHEDULE F**
INTERCALL
ATTN PRESIDENT OR MANGING AGENT
8420 WEST BRYN MAWR SUITE 400
CHICAGO, IL 60631

**SCHEDUE F**
INSTRUMENT SPECIALISTS INC
ATTN PRESIDENT OR MANAGING AGENT
32390 IH-10 WEST
BOERNE, TX 78006

**SCHEDULE F**
JDC DISC DRIVE SOLUTIONS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 682466
FRANKLIN, TN 37068-2466

**SCHEDULE F**
JEREMY WINTER
3031 CLEVELAND ST NE
MINNEAPOLIS, MN 55418

**SCHEDULE F**
KENT H LANDSBURG CO
C/O AMCOR SUNCLIPSE NORTH AMERICA
6600 VALLEY VIEW STREET
BUENA PARK, CA 90620

**SCHEDULE F**
KENT MANUFACTURING
ATTN PRESIDENT OR MANAGING AGENT
1840 OAK INDUSTRIAL DRIVE
GRAND RAPIDS, MI 49505

**SCHEDULE F**
LAW OFFICES OF GEORGE S BURNS
ATTN MANAGING AGENT
4100 MACARTHUR BLD SUITE 305
NEWPORT BEACH, CA 92660

**SCHEDULE F**
LOGIX COMMUNICATIONS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 3608
HOUSTON, TX 77253

**ADDITIONAL NOTICE**
LOGIX COMMUNICATIONS
ATTN PRESIDENT OR MANAGING AGENT
2950 N LOOP WEST SUITE 1200
HOUSTON, TX 77092

**SCHEDULE F**
LOS ANGELES COUNTY FIRE DEPT
ATTN MANAGING AGENT
PO BOX 513148
LOS ANGELES, CA 90051-1148

**SCHEDULE F**
M&C SPECIALTIES CO
ATTN PRESIDENT OR MANAGING AGENT
90 JAMES WAY
PO BOX 329
SOUTH HAMPTON, PA 18966-0329

**DUPLICATE - ADDITIONAL ADDRESS ON PROOF OF CLAIM**
M&C SPECIALTIES CO
ATTN SUSAN L SOWDEN, ACCOUNTING SUPERVISOR
39543 TREASURY CENTER
CHICAGO, IL 60694-9500

**SCHEDULE F**
MACTAC
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 945815
ATLANTA, CA 30394-5815

**SCHEDULE F**
MAGIC
ATTN PRESIDENT OR MANAGING AGENT
ATTN AR DEPT
131 W FIRST STREET
DULUTH, MN 55806

**SCHEDULE F**
MANUFACTURERS NEWS INC
ATTN PRESIDENT OR MANAGING AGENT
1633 CENTRAL ST
EVANSTON, IL 60201-1569

**SCHEDULE F**
MARLIN LEASING COMPANY
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 13604
PHILADELPHIA, PA 19101

**ADDITIONAL NOTICE**
MARLIN LEASING COMPANY
ATTN PRESIDENT OR MANAGING AGENT
1500 JOHN F KENNEDY BLVD SUITE 330
PHILADELPHIA, PA 19102

**SCHEDULE F**
MBK ENTERPRISES
ATTN PRESIDENT OR MANAGING AGENT
10138 CANOGA AVENUE
CHATSWORTH, CA 91311

**SCHEDULE F**
MCGRAW COMMUNICATIONS
ATTN PRESIDENT OR MANAGING AGENT
228 E 45TH ST
NEW YORK, NY 10017

**SCHEDULE F**
MICROCONSULT INC
ATTN PRESIDENT OR MANAGING AGENT
3218 COMMANDER DR SUITE 100
CARROLLTON, TX 75006

**SCHEDULE F**
MOTHERAL
ATTN PRESIDENT OR MANAGING AGENT
4251 EMPIRE ROAD
FORT WORTH, TX 76155

**SCHEDULE F**
NATIONAL REGSITERED AGENTS INC
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 927
WEST WINDSOR, NJ 08550

**SCHEDULE F**
NORTHCORE INDUSTRIES
ATTN PRESIDENT OR MANAGING AGENT
1105 LAKE STREET
BARABOO, WI 53913

**SCHEDULE F**
ORION PLASTICS
ATTN PRESIDENT OR MANAGING AGENT
700 WEST CAROB ST
COMPTON, CA 90220

**ADDITIONAL NOTICE ON PROOF OF CLAIM**
ORION PLASTICS
C/O FIRST COMMUNITY FINANCIAL
PO BOX 16006
PHOENIX, AZ 85011

**SCHEDULE F**
PAC FOAM PRODUCTS
ATTN RICHARD TUNIA, PRESIDENT AND GM
1685 TORRONTO WAY
COSTA MESA, CA 92626

**SCHEDULE F**
PAYCOM
ATTN PRESIDENT OR MANAGING AGENT
4005 NW EXPRESSWAY, SUITE 500
OKLAHOMA CITY, OK 73116

**SCHEDULE F**
PC WORKS COMPUTER SERVICE & REPAIR
ATTN PRESIDENT OR MANAGING AGENT
3601 SMITH BARRY RD SUITE 104
ARLINGTON, TX 76013

**SCHEDULE F**
PENNCO CONTAINER INC
ATTN PRESIDENT OR MANAGING AGENT
4920 READING ST
DALLAS, TX 75247-6793

**SCHEDULE F**
PERFECSEAL
ATTN PRESIDENT OR MANAGING AGENT
718 HIGH STREET
NEW LONDON, WI 54961

**SCHEDULE F**
PETER LARSON
2806 GREENVILLE AVE
DALLAS, TX 75206

**SCHEDULE F**
PETTIT & COMPANY PC
ATTN LARRY R PETTIT PRESIDENT
12221 MERIT DRIVE SUITE 550
DALLAS, TX 75251-2254

**SCHEDULE F**
PITNEY BOWES
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 856042
LOUISVILLE, KY 40285-6042

**SCHEDULE F**
PRECISION BLADES
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 1408
SALTILLO, MS 38866-1408

**SCHEDULE F**
PRO PACKAGING
ATTN PRESIDENT OR MANAGING AGENT
1280 BIXON AVE SUITE B9-616
NEWPORT BEACH, CA 92660

**SCHEDULE F**
PRODUCTION STEEL RULE DIE SERVICE INC
ATTN PRESIDENT OR MANAGING AGENT
2208 WEST EULES BLVD
EULESS, TX 76040

**SCHEDULE F**
PROFESSIONAL BEAUTY ASSOCIATION
ATTN PRESIDENT OR MANAGING AGENT
15825 NORTH 71ST STREET SUITE 100
SCOTTSDALE, AZ 85254

**SCHEDULE F**
QUALITY FOAM
ATTN PRESIDENT OR MANAGING AGENT
31855 CORYDON STREET
LAKE ELSINORE, CA 92530

**SCHEDULE F**
QWEXPRESS
ATTN PRESIDENT OR MANAGING AGENT
13158 COLLECTIONSCENTER DR
CHICAGO, IL 60693

**SCHEDULE F**
QYCELL
ATTN PRESIDENT OR MANAGING AGENT
600 S ETWANDA
ONTARIO, CA 91761

**SCHEDULE F**
RECORDKEEPING & CONSULTING CO
ATTN PRESIDENT OR MANAGING AGENT
1431 GREEWAY DR SUITE 350
IRVING, TX 75038

**SCHEDULE F**
REMPAC FOAM
ATTN PRESIDENT OR MANAGING AGENT
61 KULLER ROAD
CLIFTON, NY 07015

**SCHEDULE F - COMMITTEE MEMBER**
RIVERBEND DFW INDUSTRIAL LP
ATTN SCOTT W MOORE
5055 KELLER SPRINGS ROAD SUITE 300
ADDISON, TX 75001

**SCHEDULE F**
ROBERT PIERCE
PO BOX 1542
CELINA, TX 75009

**SCHEDULE F**
RUTAN & TUCKER LLP
ATTN MANAGING AGENT
611 ANTON BOLVD SUITE 1400
COSTA MESA, CA 92628

**SCHEDULE F**
SAINT GOBAIN PERFORMANCE PLASTICS
ATTN PRESIDENT OR MANAGING AGENT
150 DEY ROAD
WAYNE, NJ 07470

**SCHEDULE F - COMMITTEE MEMBER**
SCAPA TAPES; SCAPA NA, INC.
ATTN MARGARET E GILMARTIN, ESQ.
111 GREAT POND DR
WINDSOR, CT 06095

**SCHEDULE F**
SEALED AIR
ATTN PRESIDENT OR MANAGING AGENT
19440 ARENTH
CITY OF INDUSTRY, CA 91748

**SCHEDULE F**
SEKISUI VOLTEK LLC
ATTN MANAGING AGENT
100 SHEPARD STREET
LAWRENCE, MA 01843-1089

**SCHEDULE F - COMMITTEE MEMBER**
SEKISUI VOLTEK LLC
ATTN ALEX AHN
100 S PUENTE ST
BREA, CA 92821

**SCHEDULE F**
SGS US TESTING CO INC
ATTN PRESIDENT OR MANAGING AGENT
291 FAIRFILED AVENUE
FAIRFIELD, NJ 07004

**SCHEDULE F - COMMITTEE MEMBER**
SMITH & DOTZEL BROKERAGE INC
ATTN JOHN DAVID SMITH
1461 DIX STREET
WILLIAMSPORT, PA 17701

**SCHEDULE F**
SOUND COAT
ATTN PRESIDENT OR MANAGING AGENT
16901 ARMSTRONG AVE
IRVINE, CA 92606

**SCHEDULE F**
SOUTHWEST MOBILE STORAGE
ATTN PRESIDENT OR MANAGING AGENT
902 S 7TH STREET
PHOENIX, AZ 85034

**SCHEDULE F**
SPENCER REED GROUP
ATTN CREDIT MANAGER
6900 COLLEGE BLVD SUITE #1
OVERLAND PARK, KS 66211

**SCHEDULE F**
STAPLES CREDIT PLAN
ATTN PRESIDENT OR MANAGING AGENT
DEPT 00-2220580
PO BOX 6721
THE LAKES, NV 88901-6721

**SCHEDULE F**
STEPHENSEN & LAWYER DBA
UNITED FOAM A UFP TECHNOLOGIES BRAND
ATTN ACCOUNTING DEPT
3831 PATTERSON AVE SE
GRAND RAPIDS, MI 45912-4059

**ADDITIONAL NOTICE ON PROOF OF CLAIM**
STEPHENSEN & LAWYER DBA
UNITED FOAM A UFP TECHNOLOGIES BRAND
ATTN ACCOUNTING DEPT
PO BOX 8834
GRAND RAPIDS, MI 49518-8834

**SCHEDULE F**
STEREGENICS US LLC
ATTN MANAGING AGENT
344 BONNIE CIRCLE
CORONA, CA 92880

**SCHEDULE F**
STERIGENICS
ATTN PRESIDENT OR MANAGING AGENT
ATTN GENERAL COUNSEL
2015 SPRING ROAD SUITE 650
OAK BROOK, IL 60523

**SCHEDULE F**
SUPERIOR STEEL RULE DIE
ATTN PRESIDENT OR MANAGING AGENT
17015 HAWTHORNE BLVD
LAWNDALE, CA 90260

**SCHEDULE F**
SUSANA PROPERTY CO
ATTN TOM SNYDER
9908 ANTHONY PLACE
BEVERLY HILLS, CA 90210

**SCHEDULE F**
THE GAS COMPANY
ATTN BANKRUPTCY
PO BOX C
MONTEREY PARK, CA 91756

**SCHEDULE F**
THE HALPER GROUP
ATTN PRESIDENT OR MANAGING AGENT
3305 BECKHAM COURT
PLANO, TX 75075

**SCHEDULE F**
THE HOME DEPOT CRC GECF
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 6029
THE LAKES, NV 88901-6029

**SCHEDULE F**
THE ODEE COMPANY
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 550488
DALLAS, TX 75355-0488

**SCHEDULE F**
THE PILCHER HAMILTON CORP
ATTN PRESIDENT OR MANAGING AGENT
6845 KINGERY HIGHWAY
WILLOWBROOK, IL 60527

**SCHEDULE F**
THISTLE ROLLER CO INC
ATTN PRESIDENT OR MANAGING AGENT
209 S VAN NORMAN ROAD
MONTEBELLO, CA 90640

**SCHEDULE F**
THOMAS PUBLISHING COMPANY LLC - IL
ATTN MANAGING AGENT
TPCO LLC DEPT CH 14193
PALATINE, IL 60055-4193

**DUPLICATE - ADDITIONAL ADDRESS ON PROOF OF CLAIM**
THOMAS PUBLISHING COMPANY LLC - IL
ATTN ERAN NEVO, EXECUTIVE DIRECTOR
BILLING AND COLLECTIONS
5 PENN PLAZA
NEW YORK, NY 10001

**SCHEDULE F**
THOMPSON NATIONAL PROPERTIES LLC
FOR BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST)
ATTN JENNIFER PURPERO, ASSOCIATE GENERAL COUNSEL
1900 MAIN STREET SUITE 700
IRVINE, CA 92614

**SCHEDULE F**
THOMASNET.COM
ATTN PRESIDENT OR MANAGING AGENT
5 PENN PLAZA
NEW YORK, NY 10001

**SCHEDULE F**
GENERAL ELECTRIC CAPITAL CORPORATION, ASSIGNEE OF TOSHIBA AMERICA BUSINESS SOLUTIONS INC
ATTN PRESIDENT OR MANAGING AGENT
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS, IA 52404

**SCHEDULE F**
TRACTENBERG & CO LLC
ATTN MANAGING AGENT
116 EAST 16TH STREET 2ND FLOOR
NEW YORK, NY 10003

**SCHEDULE F - ADDITIONAL NOTICE**
TRACTENBERG & CO LLC
C/O PAVIA & HARCOURT LLP
JOHN F FIRESTONE ESQ
600 MADISON AVE
NEW YORK, NY 10022

**SCHEDULE F**
TRIDENT METALS COMPANY
ATTN PRESIDENT OR MANAGING AGENT
405 NORTH PLANO ROAD
RICHARDSON, TX 75081

**ADDITIONAL NOTICE ON PROOF OF CLAIM**
TRIDENT METALS COMPANY
C/O THE TRIDENT CO
PO BOX 853900
RICHARDSON, TX 75085-3900

**SCHEDULE F**
ULINE SHIPPING & SUPPLY CO
ATTN PRESIDENT OR MANAGING AGENT
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085

**SCHEDULE F**
UNITED INTERNATIONAL LABS LLC
ATTN MANAGING AGENT
4641 NALL RAOD
FARMERS BRANCH, TX 75244

**SCHEDULE F**
UPS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 894820
LOS ANGELES, CA 90189-4820

**SCHEDULE F**
UPS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 7247-0244
PHILADELPHIA, PA 19170

**SCHEDULE F**
VAN DER STAHL INC
ATTN LISA WEBB, TREASURER
PO BOX 2423
WRIGHTWOOD, CA 92397

**SCHEDULE F**
WESTERN EXTERMINATOR CO
ATTN PRESIDENT OR MANAGING AGENT
1919 W WARDLOW RD
LONG BEACH, CA 90810-2037

**SCHEDULE F**
WET AUTOMOTIVE SYSTEMS LTD
ATTN PRESIDENT OR MANAGING AGENT
9475 TWIN OAKS DRIVE
WINDSOR, ONTARIO
CANADA N8N 5B8

**SCHEDULE F**
WHITLEY PENN
ATTN REYNE K DVORAK ESQ
1400 WEST 7TH STREET SUITE 400
FORT WORTH, TX 76102

**SCHEDULE F**
WM T BURNETT AND COMPANY
EULER HERMES ACI
AGENT OF WM T BURNETT HOLDING LLC
800 REDBROOK BOULEVARD
OWINGS MILLS, MD 21117

**SCHEDULE F**
WORKFLOW
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 644108
PITTSBURGH, PA 15264-4108

**SCHEDULE F**
WORLD WIDE PACKAGING INC
ATTN PRESIDENT OR MANAGING AGENT
7 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

**SCHEDULE F**
XO COMMUNICATIONS
ATTN BRAD LEE
105 MOLLOY STREET
NASHVILLE, NT 37201

**SCHEDULE F**
YRC
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

**SCHDULE F**
ZOTEFOAM
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 632265
CINCINNATI, OH 45263-2265

**SCHEDULE F**
RANCHO DOMINGUEZ DISTRICT (WATER)
ATTN MANAGING AGENT
2632 WEST 237TH ST
TORRANCE, CA 90505

**NOTICE PURPOSES**
CITY OF GARLAND
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 461508
GARLAND, TX 75046-1508

**NOTICE PURPOSES**
ATMOS ENERGY
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 78108
PHOENIX, AZ 85062-8108

**PROOFS OF CLAIM FILED**
WELLS FARGO BANK NA
ATTNALEX VU, LOAN SERVICING SPECIALIST III
MAC S4101-08C
100 W WASHINGTON STREET
PHOENIX, AZ 85003

**PROOF OF CLAIM FILED**
JEFFREY C EASLEY
9400 WADE BLVD APT 2112
FRISCO, TX 75035

| | | |
|---|---|---|
| **PROOF OF CLAIM FILED**<br>KAREN RUTH BROOKS<br>10313 E NAVAJO PL<br>SUN LAKES, AZ 85248 | **SCHEDULE F**<br>BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST)T<br>ATTN PRESIDENT OR MANAGING AGENT<br>1900 MAIN STREET SUITE 700<br>IRVINE, CA 92614 | BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST)<br>C/O THOMPSON NATIONAL PROPERTIES LLC<br>3030 LBJ FREEWAY SUITE 150<br>DALLAS, TX 75234 |
| **SCHEDULE F**<br>STUART INDUSTRIAL COATINGS<br>ATTN PRESIDENT OR MANAGING AGENT<br>PO BOX 808<br>CEDAR LAKE, IN 46303 | **PROOF OF CLAIM FILED**<br>STUART INDUSTRIAL COATINGS<br>ATTN PRESIDENT OR MANAGING AGENT<br>PO BOX 808<br>CEDAR LAKE, IN 46303 | **PROOF OF CLAIM FILED**<br>BOYD CORPORATION<br>C/O OF CREDITORS ADJUSTMENT BUREAU, INC., ASSIGNEE OF BODY CORPORATION<br>PO BOX 5932<br>SHERMAN OAKS, CA 91413 |
| **SCHEDULE F**<br>DAPENG WANG<br>ATTN PRESIDENT OR MANAGING AGENT<br>8213 BULRUSH DR<br>PLANO, TX 75023 | **PROOF OF CLAIM FILED**<br>MCMASTER CARR<br>ATTN PRESIDENT OR MANAGING AGENT<br>9630 NORWALK<br>SANTA FE SPRINGS, CA 90670-2932 | **PROOF OF CLAIM FILED**<br>MARION H STODDARD AND JUDY E STODDARD<br>PO BOX 188<br>GARRISON, TX 75946-0188 |

SHAREHOLDERS

| | | |
|---|---|---|
| **AMGI - SHAREHOLDER**<br>AMERICAN ENTERPRISE INVESMENT SERVICES INC<br>REBECCA STRAND<br>2178 AXP FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 | **AMGI - SHAREHOLDER**<br>AMERIPRISE ADVISOR SERVICES INC<br>MIKE KOHLER<br>751 GRISWOLD STREET<br>DETROIT, MI 48226 | **AMGI - SHAREHOLDER**<br>BROWN BROTHERS HARRIMAN & CO<br>DOROTA MALKIEWICZ<br>525 WASHINGTONBLVD<br>NEWPORT TOWERS<br>JERSEY CITY, NJ 07302 |
| **AMGI - SHAREHOLDER**<br>CANACCORD CAPITAL CORPORATION<br>ALMA GOCA<br>PO BOX 10337 PACIFIC CENTER<br>2200-609 GRANVILLE STREET<br>VANCOUVER, BRITISH COLUMBIA<br>CANADA V7U 1H2 | **AMGI - SHAREHOLDER**<br>CHARLES SCHWAB & CO INC<br>RONNIEFUIAVA<br>ATTN PROXY DEPART<br>211 MAIN STREET<br>SAN FRANCISCO, CA 94105 | **AMGI - SHAREHOLDER**<br>CIBC WORLD MARKETS INC<br>NICASTRO JERRY<br>161 BAY ST 10TH FL<br>TORONTO, ONTARIO<br>CANADA M5J 258 |
| **AMGI - SHAREHOLDER**<br>CITIGROUP GLOBAL MARKETS INC<br>PAT HALLER<br>111 WALL STREET<br>NEW YORK, NY 10005 | **AMGI - SHAREHOLDER**<br>CLEARVIEW CORRESPONDENT SERVICES<br>LINDA MILLER<br>8006 DISCOVERY DRIVE<br>RICHMOND, VA 23229 | **AMGI - SHAREHOLDER**<br>CREST INTERNATIONAL NOMINEES LIMITED<br>NATHAN ASHWORTH<br>33 CANNON STREET<br>LONDON, UNITED KINGDOM<br>GB EC4M 5SB |
| **AMGI - SHAREHOLDER**<br>DA DAVIDSON & CO<br>RITA LINSKEY<br>PO BOX 5015<br>GREAT FALLS, MT 59403 | **AMGI - SHAREHOLDER**<br>ETRADE CAP MTS CHXL TRADING<br>ERIKA DILIBERTO<br>ONE FINANCIAL PLACE SUITE 3030<br>440 S LASALLE STREET<br>CHICAGO, IL 60605 | **AMGI - SHAREHOLDER**<br>EDWARD D JONES & CO<br>CHERYL BOSEMAN<br>700 MARYVILLE CENTER DRIVE<br>ST LOUIS, MO 63141 |
| **AMGI - SHAREHOLDER**<br>EMMETT A LARKIN COMPANY<br>DINDEE DUGAN<br>911 N LOOP 281<br>SUITE 411<br>LONGVIEW, TX 75604 | **AMGI - SHAREHOLDER**<br>FIRST CLEARING LLC<br>KRISTIE DANIEL<br>ONE NORTH JEFFERSON ST<br>ST LOUIS, MO 63103 | **AMGI - SHAREHOLDER**<br>FIRST SOUTHWEST COMPANY<br>JAMES FURINO<br>325 NORTH ST PAUL STREET SUITE 800<br>DALLAS, TX 75201 |
| **AMGI - SHAREHOLDER**<br>GOLDMAN SACHS EXECUTION & CLEARING LP<br>ANTHONY BRUNO<br>30 HUDSON STREET<br>PROXY DEPART<br>JERSEY CITY, NJ 07302-4699 | **AMGI - SHAREHOLDER**<br>GOLDMAN SACHS & CO<br>VANESSA CAMARDO<br>30 HUDSON STREET<br>PROXY DEPART<br>JERSEY CITY, NJ 07302-4699 | **AMGI - SHAREHOLDER**<br>JJB HILLIARD WL LYONS INC<br>KEVIN MEDICO<br>C/O ADP PROXY SERVICES<br>51 MERCEDES WAY<br>EDGEWOOD, NY 11717 |

**AMGI - SHAREHOLDER**
JP MORGAN CLEARING CORP
VINCENT MARZELLA
ONE METROTECH CENTER NORTH
4TH FLOOR
BROOKLYN, NY 11201-3862

**AMGI - SHAREHOLDER**
JANNEY MONTGOMERY SCOTT LLC
REGINA LUTZ
1801 MARKET STREET 9TH FLOOR
PHILADELPHIA, PA 19103-1675

**AMGI - SHAREHOLDER**
JEFFERIES & COMPANY INC
CHARLES ERRIGO
HARBORSIDE FINANCIAL CENTER
705 PLAZA 3
JERSEY CITY, NJ 07311

**AMGI - SHAREHOLDER**
LEGENT CLEARING LLC
SHAWN BROWN
9300 UNDERWOOD AVE SUITE 400
OMAHA, NE 68114

**AMGI - SHAREHOLDER**
LPL FINANCIAL CORPORATION
ROSANN TANNER
9785 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121-1968

**AMGI - SHAREHOLDER**
MERRILL LYNCH PIERCE FENNER & SMITH
SAFEKEEPING
VERONICA E O'NEILL
101 HUDSON STREET
8TH FLOOR
JERSEY CITY, NJ 07302

**AMGI - SHAREHOLDER**
MERRILL LYNCH PIERCE FENNER & SMITH
SAFEKEEPING
VERONICA E O'NEILL
101 HUDSON STREET
8TH FLOOR
JERSEY CITY, NJ 07302

**AMGI - SHAREHOLDER**
MESIROW FINANCIAL INC
GAIL CORTESE
350 N CLARK STREET 2ND FLOOR
CHICAGO, IL 60610

**AMGI - SHAREHOLDER**
MORGAN STANLEY & CO INC RETAIL
JOHN STAHLMAN
HARBORSIDE FINANCIAL CENTER
PLAZA 3, 4TH FLOOR
JERSEY CITY, NJ 07311

**AMGI - SHAREHOLDER**
NATIONAL FINANCIAL SERVICES LLC
LOU TREZZA
200 LIBERTY STREET
NEW YORK CITY, NY 10281

**AMGI - SHAREHOLDER**
NORTHERN TRUST COMPANY
BRIAN KLUCZNIK
801 S CANAL STREET
ATTN CAPITAL STRUCTURES-C1N
CHICAGO, IL 60607

**AMGI - SHAREHOLDER**
OPPENHEIMER & CO INC
OSCAR MAZARIO
125 BROAD STREET
15TH FLOOR
NEW YORK, NY 10004

**AMGI - SHAREHOLDER**
OPTIONEXPRESS INC
SCOTT JOHNSON
311 W MONROE STREET
CHICAGO, IIL 60606

**AMGI - SHAREHOLDER**
PENSON FINANCIAL SERVICES INC
BRIAN DARBY
1700 PACIFIC AVENUE SUITE 1400
DALLAS, TX 75201

**AMGI - SHAREHOLDER**
PENSON FINANCIAL SERVICES INC
ROBERT MCPHEARSON
330 BAY ST SUITE 711
TORONTO, ONTARIO
CANADA M5H 2S8

**AMGI - SHAREHOLDER**
PERELMAN CARLE & ASSOCIATES INC
STEVE PERELMAN PRINCE
TWIN TOWERS
3000 FARNAM ST
OMAHA, NE 68131

**AMGI - SHAREHOLDER**
PERSHING LLC
AL HERNANDEZ
SECURITIES CORPORATION
1 PERSHING PLAZA
JERSEY CITY, NJ 07399

**AMGI - SHAREHOLDER**
RAYMOND JAMES & ASSOCIATES INC
MIKE DILLARD
880 CARILION PARKWAY
PO BOX 12749
ST PETERSBURG, FL 33716

**AMGI - SHAREHOLDER**
RBC CAPTIAL MARKETS
STEVE SCHAFER SR
510 MARQUETTE AVE SOUTH
MINNEAPOLIS, MN 55402

**AMGI - SHAREHOLDER**
RIDGE CLEARING & OUTSOURCING
SOLUTIONS INC
MATT FREIFELD
2 JOURNAL SQUARE PLAZ SUITE 1
JERSEY CITY, NJ 07306-4000

**AMGI - SHAREHOLDER**
SCOTIA CAPITAL INC
NORMITA RAMIREZ
PO BOX 4085
STATION A
TORONTO, ONTARIO
CANADA M5W 2X6

**AMGI - SHAREHOLDER**
SCOTTRADE INC
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD, NY 11717

**AMGI - SHAREHOLDER**
SOUTHWEST SECURITIES INC
CHRISTINA FINZEN
1201 ELM STREET SUITE 3700
DALLAS, TX 75270

**AMGI - SHAREHOLDER**
STERNE AGEE & LEACH INC
MARIBETH WILLIAMS
813 SHADES CREEK PARKWAY SUITE 100-B
BIRMINGHAM, AL 35242

**AMGI - SHAREHOLDER**
STIFEL NICOLAUS & COMPANY
INCORPORATED
CHRIS WIEGAND
501 N BROADWAY 7TH FL
STOCK RECORD DEPART
ST LOUIS, MO 63102

**AMGI - SHAREHOLDER**
STOCKCROSS FINANCIAL SERVICES INC
ELEANOR PIMENTEL
77 SUMMER STREET 2ND FLOOR
BOSTON, MA 02210

**AMGI - SHAREHOLDER**
TD AMERITRADE CLEARING INC
GARY SWAIN
1005 AMERITRADE PLACE
BELLEVUE, NE 68005

**AMGI - SHAREHOLDER**
TD WATERHOUSE CANADA INC
BEVERLY ADAMS
60 NORTH WINDPLACE
SCARBOROUGH, ONTARIO
CANADA M1S 5L4

**AMGI - SHAREHOLDER**
TEXAS TREASURY SAFEKEEPING TRUST COMPANY
JANIEDOMINGUEZ
208 E 10TH STREET ROOM 410
AUSTIN, TX 78701

**AMGI - SHAREHOLDER**
THE BANK OF NEW YORK MELLON
MICHAEL KANIA
525 WILLIAM PENN PLACE
PITTSBURGH, PA 15259

**AMGI - SHAREHOLDER**
THE BANK OF NEW YORK MELLON -
MELLON TRUST OF NEW ENGLAND NAT
MELISSA TARASOVICH
BNY MELON ASSET SERVICING
525 WILLIAM PENN PLACA SUITE 0400
PITTSBURGH, PA 15259

**AMGI - SHAREHOLDER**
US BANK NA
TIM RANDALL
ATTN SECURITIES CONTROL
1555 N RIVERCENTER DR SUITE 302
MILWAUKEE, WI 53212

**AMGI - SHAREHOLDER**
UBS FINANCIAL SERVICES INC
JANE FLOOD
1200 HARBOR BLVD
WEEHAWKEN, NJ 07086

**AMGI - SHAREHOLDER**
UBS SECURITIES LLC
JOHN MALLOY
480 WASHINGTON BLVD
JERSEY CITY, NJ 07310

**AMGI - SHAREHOLDER**
USAA INVESTMENT MANAGEMENT COMPANY
ISSUER SERVICES
C/O ADP PROXY SERVICES
51 MERCEDES WAY
EDGEWOOD, NY 11717

**AMGI - SHAREHOLDER**
WEDBUSH MORGAN SECURITIES INC
ALICA GONZALES
1000 WILSHIRE BLVD
LOS ANGELES, CA 90017

**AMGI - SHAREHOLDER**
WELLS FARGO BANK NATIONAL ASSOCATION
LACEY PETERSON
733 MARQUETTE AVE
MAC N9306-057 5TH FLOOR
MINNEAPOLIS, MN 55479

**AMGI - SHAREHOLDER**
WELLS FARGO INVESTMENTS LLC
CHRIS THOMPSON
625 MARQUETTE AVE
13TH FLOOR
MINNEAPOLIS, MN 55402-2308

**AMGI - SHAREHOLDER**
WILSON DAVIS & CO INC
BILL WALKER
236 SOUTH MAIN ST
SALT LAKE CITY, UT 84101

RETURNED MAIL

**7/7/09 - CORRECTED PHONE AND FAX NUMBERS ONLY; 7/8/09 - CORRECTED ADDRESS INFO**
**SCHEDULE F**
HICKS SPORTS MARKETING GROUP -
ATTN BRAD ALBERTS EX VICE PRES
ATTN KATE JETT ASSOCIATE COUNSEL
2811 MCKINNEY AVENUE SUITE 230
DALLAS, TX 75204

**7/7/09 - CORRECTED CONTACT PERSON AND FAX NUMBER AND ADDED ADDITIONAL PHONE NUMBER**
**SCHEDULE F**
SUSANA PROPERTY CO
ATTN PRESIDENT OR MANAGING AGENT
9908 ANTHONY PLACE
BEVERLY HILLS, CA 90210

**7/8/09 - REMOVE; NO LONGER REPRESENTS CREDITOR; SEE CORRECTED CREDITOR INFO**
**SCHEDULE F**
WHITLEY PENN
C/O DAVID R CASEY ESQ
1840 NORWOOD PLAZA SUITE 102
HURST, TX 76054-3749

**7/9/09 - CORRECTED ADDRESS INFO**
**SCHEDULE F**
JENNIFER HIGGINS
2701 FONDREN DRIVE SUITE 140
DALLAS, TX 75206

**SEE NEW ADDRESS PER EMAIL 7/10/2009**
**SCHEDULE F**
THOMPSON NATIONAL PROPERTIES LLC
ATTN MANAGING AGENT
BF OAKWOOD TOWER LLC
8112 SOLUTIONS CENTER
CHICAGO, IL 60677-8001

**SEE NEW ADDRESS PER EMAIL 7/13/2009**
**SCHEDULE F**
SPENCER REED GROUP
ATTN PRESIDENT OR MANAGING AGENT
4435 MAIN STREET SUITE 290
KANSAS CITY, MO 64111

**SEE NEW ADDRESS PER EMAIL 7/13/2009**
**SCHEDULE F**
ENCORE STAFFING - SPENCER REED GROUP INC
ATTN PRESIDENT OR MANAGING AGENT
4435 MAIN STREET SUITE 290
KANSAS CITY, MO 64111

**7/21/2009, EMAIL RECEIVED REQUESTING TO BE REMOVED FROM SERVICE LIST ATTORNEYS FOR JPMORGAN CHASE BANK NA**
MARTY J LEHMAN, ESQ.
PALMER & MANUEL LLP
8350 N CENTRAL EXPWY SUITE 1111
DALLAS, TX 75206

| | | |
|---|---|---|
| **7/23/09 AND 8/4/2009 - NOT DELIVERABLE AS ADDRESSED; UNABLE TO FORWARD; SEE NEW ADDRESS FROM INTERNET SCHEDULE F**<br>THE PILCHER HAMILTON CORP<br>ATTN PRESIDENT OR MANAGING AGENT<br>534 WEST CHESTNUT STREET<br>HINSDALE, IL 60521-3167 | **RETURNED 7/27/2009, AND 8/4/2009, UNDELIVERABLE, TELEPHONE NUMBER DISCONNECTED AND NO UPDATED ADDRESS INFORMATION FOUND ON THE INTERNET; 9/3/2009 - SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>STUART INDUSTRIAL COATINGS<br>ATTN PRESIDENT OR MANAGING AGENT<br>11740 S FRONT STREET<br>CHICAGO, IL 60628 | **RETURNED 7/27/09 AND 8/4/2009, NO FORWARDING AND NO RELIABLE UPDATED ADDRESS INFORMATION FOUND ON THE INTERNET.**<br>AMGI - SHAREHOLDER<br>ETRADE CLEARING<br>BRIAN LEMARGIE<br>10951 WHITE ROCK ROAD<br>RANCHO CORDOVA, CA 95670 |
| **RETURNED 7/30/2009 AND 7/31/2009, 8/10/2009, SEE NEW ADDRESS**<br>AMGI - SHAREHOLDER<br>RIDGE CLEARING & OUTSOURCING SOLUTIONS INC<br>MATT FREIFELD<br>55 WATER ST 32ND FLOOR<br>NEW YORK, NY 10041 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>AURORA INDUSTRIAL HYGIENE<br>ATTN PRESIDENT OR MANAGING AGENT<br>3620 LONG BEACH BLVD SUITE C1<br>LONG BEACH, CA 90807 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>EDISON COMPANY<br>(SOUTHERN CALIFORNIA EDISON COMPANY)<br>ATTN BANKRUPTCY<br>PO BOX 600<br>ROSEMEAD, CA 91771 |
| **SEE UPDATED ADDRESS SCHEDULE F**<br>ONE LEE PARK WEST<br>ATTN PRESIDENT OR MANAGING AGENT<br>C/O REDESCO INC<br>3303 LEE PAKWAY SUITE 100<br>DALLAS, TX 75219 | **RETURNED 8/3/2009, 8/14/2009, 9/11/2009, SEE BRET A. MADOLE, ESQ., ATTORNEY FOR JENNIFER HIGGINS SCHEDULE F**<br>JENNIFER HIGGINS<br>3303 LEE PARKWAY SUITE 105<br>DALLAS, TX 75219 | **RETURNED 8/3/2009 AND 8/6/2009, NO FORWARDING - SEE CIT TECHNOLOGY FINANCING SERVICES, INC. (AMG CLAIM NO. 16) SCHEDULE F**<br>MICROSOFT FINANCING<br>ATTN PRESIDENT OR MANAGING AGENT<br>C/O CARILLON<br>12221 MERIT DRIVE SUITE 550<br>DALLAS, TX 75251 |
| **RETURNED 8/3/2009, 8/14/2009, SEE NEW ADDRESS FROM THE INTERNET**<br>AMGI - SHAREHOLDER<br>FIRST SOUTHWEST COMPANY<br>JAMES FURINO<br>1700 PACIFIC AVENUE SUITE 500<br>DALLAS, TX 75201 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>CIT TECHNOLOGY FINANCIAL SERVICES INC<br>ATTN PRESIDENT OR MANAGING AGENT<br>MIRCROSOF FINANCING CUST SERVICE<br>23896 NETWORK PLACE<br>CHICAGO, IL 60673-1238 | **SEE PROOF OF CLAIM BY CIT TECHNOLOGY FINANCIAL SERVICES, INC. (AMG CLAIM NO. 16) SCHEDULE F**<br>MICROSOFT FINANCING<br>ATTN PRESIDENT OR MANAGING AGENT<br>C/O DELL MARKETING LP<br>PO BOX 676021<br>DALLAS, TX 75267 |
| **RETURNED 8/6/2009, UNDELIVERABLE, SEE NEW ADDRESS FROM THE INTERNET SCHEDULE F**<br>ARMACELL<br>ATTN PRESIDENT OR MANAGING AGENT<br>PO BOX 79113<br>BALTIMORE, MA 21279-0113 | **RETURNED 8/7/2009, SEE NEW ADDRESS FROM THE INTERNET SCHEDULE F**<br>SAINT GOBAIN PERFORMANCE PLASTICS<br>ATTN PRESIDENT OR MANAGING AGENT<br>1030 WASTER ST<br>NORTH BENNINGTON, VT 05257 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>BERRY PLASTICS CORPORATION<br>ATTN PRESIDENT OR MANAGING AGENT<br>PO BOX 959<br>EVANSVILLE, IN 47706-0959 |
| **RETURNED 8/17/2009, SEE MICHAEL F. SITZER, ESQ. AND UPDATED ADDRESSES FOR BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST) AND THOMPSON NATIONAL PROPERTIES LLC SCHEDULE F**<br>ONE LEE PARK WEST<br>ATTN PRESIDENT OR MANAGING AGENT<br>C/O REDESCO INC<br>3303 LEE PARKWAY SUITE 100<br>DALLAS, TX 75219 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>INTERCALL<br>ATTN PRESIDENT OR MANAGING AGENT<br>PO BOX 281866<br>ATLANTA, GA 30384-1866 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>WM T BURNETT AND COMPANY<br>ATTN PRESIDENT OR MANAGING AGENT<br>2112 MONTEVIDEO RAOD<br>JESSUP, MD 20794 |
| **RETURNED 8/28/2009 AND 8/31/2009, SEE BRET A. MADOLE, ESQ., ATTORNEY FOR EASY INDUSTIES, LLC AND JENNIFER HIGGINS SCHEDULE F**<br>JENNIFER HIGGINS<br>3303 LEE PARKWAY SUITE 105<br>DALLAS, TX 75219 | **RETURNED 8/31/2009, SEE NEW ADDRESS PER TELPHONE CALL TO NUMBER LISTED ON THE INTERNET SCHEDULE F**<br>SGS US TESTING<br>ATTN PRESIDENT OR MANAGING AGENT<br>8385 WHITE OAK AVE<br>RANCHO CUCAMONGA, CA 91730 | **SEE PROOF OF CLAIM ADDRESS SCHEDULE F**<br>KENT LANDSBERG<br>ATTN PRESIDENT OR MANAGING AGENT<br>1900 WEST UNIVERSITY DR SUITE 101<br>TEMPE, AZ 85281 |

**RETURNED 9/3/2009, 9/11/2009, SEE ADDRESS FROM THE INTERNET**
**SCHEDULE F**
BSI MANAGEMENT SYSTEMS AMERICA INC
ATTN PRESIDENT OR MANAGING AGENT
13910 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**RETURNED 9/3/2009, SEE BRET A. MADOLE, ESQ., ATTORNEY FOR EASY INDUSTIES, LLC AND JENNIFER HIGGINS**
**SCHEDULE F**
EASY INDUSTRIES LLC
ATTN PRESIDENT OR MANAGING AGENT
3303 LEE PARKWAY SUITE 105
DALLAS, TX 75219

**RETURNED 9/3/2009, SEE UPDATED ADDRESS**
**ADDITIONAL NOTICE**
MARLIN LEASING COMPANY
ATTN PRESIDENT OR MANAGING AGENT
520 WALNUT STREET SUITE 1150
PHILADELPHIA, PA 19106

**SEE PROOF OF CLAIM ADDRESS**
**SCHEDULE F**
FOAMEX
ATTN PRESIDENT OR MANAGING AGENT
1500 E SECOND STREET
EDDYSTONE, PA 19022

**RETURNED 9/8/2009, 9/11/2009 AND 9/14/2009, SEE ADDRESS FROM THE INTERNET**
**SCHEDULE F**
MICROCONCULT INC
ATTN PRESIDENT OR MANAGING AGENT
17810 DAVENPORT RD SUITE 118
DALLAS, TX 75041

**RETURNED 9/8/2009, 9/14/2009, SEE ADDRESS FROM THE INTERNET**
**SCHEDULE F**
INTERCALL
ATTN MELODY LOHR
11208 MIRACLE HILLS DR
OMAHA, NE 68154

**SEE UPDATED ADDRESS PER MESSAGE 9/9/2009**
**ATTORNEY FOR LANDLORD, BF OAKWOOD TOWER LLC (SUCCESSOR TO ONE LEE PARK WEST)**
MICHAEL F. SITZER, ESQ.
MAMMOTH EQUITIES
2922 RANCHO VIEJO ROAD SUITE 215
SAN JUAN CAPISTRANO, CA 92675

**RETURNED 9/9/2009, UNDELIVERABLE, SEE THE NEW YORK ADDRESS**
**ADDITIONAL NOTICE**
MCGRAW COMMUNICATIONS
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 24212
NEWARK, NJ 07189-0001

**RETURNED 9/15/2009, UNDELIVERABLE**
**SCHEDULE F**
DAPENG WANG
ATTN PRESIDENT OR MANAGING AGENT
8213 BULRUSH DR
PLANO, TX 75023

**RETURNED 9/10/2009, SEE UPDATED ADDRESS FROM TAX BILL**
**SCHEDULE E**
LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET
PO BOX 54027
LOS ANGELES, CA 90054-0027

**SEE PROOF OF CLAIM ADDRESS - ASSIGNED TO GENERAL ELECTRIC CAPITAL CORPORATION**
**SCHEDULE F**
TOSHIBA AMERICA BUSINESS SOLUTIONS INC
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 676011
DALLAS, TX 75267-6011

**SEE PROOF OF CLAIM ADDRESS**
**SCHEDULE F**
XO COMMUNICATIONS
ATTN PRESIDENT OR MANAGING AGENT
8551 SANDY PKWY
SANDY, UT 84070

**SEE PROOF OF CLAIM ADDRESS**
**SCHEDULE F**
YRC
ATTN PRESIDENT OR MANAGING AGENT
PO BOX 100129
PASADENA, CA 91189-0129

**SEE PROOF OF CLAIM ADDRESS**
**SCHEDULE F**
DONALDSON COMPANY INC
ATTN PRESIDENT OR MANAGING AGENT
85 RAILROAD DRIVE
IVYLAND, TX 18974

**SEE PROOF OF CLAIM ADDRESS**
**SCHEDULE F**
FEDERAL EXPRESS
ATTN BANKRUPTCY
PO BOX 7221
PASADENA, CA 91109-7321